William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Stanislaus Food Products Co.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California business entity, and DOES 1-200,<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-SMS<br><br> **ORDERED   DENIED -  re:**<br><br>**STIPULATION TO HEAR PLAINTIFF'S MOTION FOR EXPEDITED JURISDICTIONAL DISCOVERY ON SHORTENED TIME**<br><br>Judge:          Hon. Sandra M. Snyder |

WHEREAS, on April 15, 2009 Plaintiff Stanislaus Food Products Company ("Stanislaus Food") filed a Motion for Expedited Jurisdictional Discovery (the "Motion") requesting the Court allow it to take three limited Federal Civil Procedure 30(b)(6) depositions of Defendant USS-Posco Industries ("USS-Posco") and its two partners, Pitcal, Inc. and Posco-California Corp., in connection with USS-Posco's removal of this action to federal court based upon claimed diversity jurisdiction; and

810130.2

STIPULATION TO HEAR PLAINTIFF'S MOTION FOR EXPEDITED JURISDICTIONAL DISCOVERY ON SHORTENED TIME   1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the Court continued the Motion from the calendar of the Honorable
2  Lawrence J. O'Neill to the calendar of the Honorable Sandra M. Snyder on June 9, 2009 at
3  9:30 a.m.; and
4  WHEREAS, USS-Posco intends to file a motion to dismiss the action pursuant to
5  Federal Rule of Civil Procedure 12(b)(6) and to have such matter heard on the calendar of Judge
6  O'Neill on June 9, 2009; and
7  WHEREAS, the parties agree that the issue of this Court's subject matter
8  jurisdiction should be determined prior to the Court analyzing the motion to dismiss for failure to
9  state a claim;
10  THEREFORE, the parties agree to have this motion considered on shortened time
11  and propose the following schedule:
12  1.  USS-Posco shall have until April 22, 2009 to serve a response to Plaintiff's
13  Motion for Expedited Jurisdictional Discovery;
14  2.  Stanislaus Food shall have until April 27, 2009 to file a reply in support of
15  its Motion; and
16  3.  This matter shall be heard by the Court on May 1, 2009 at 9:30 a.m.
17  SO STIPULATED AND AGREED:

810130.2

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April 16, 2009 | | /s/ Eric B. Fastiff |
| | | Eric B. Fastiff |

William Bernstein (State Bar No. 065200)
wbernstein@lchb.com
Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Dean M. Harvey (State Bar No. 250298)
dharvey@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Stanislaus Food Products Co.*

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Telephone:  (415) 421 3400
Facsimile:   (415) 421 2234

*Attorneys for Defendant USS-Posco Industries*

Stipulation is hereby **DENIED.**

Dated:  4/17/2009

/s/ Sandra M. Snyder
Sandra M. Snyder
United States Magistrate Judge

810130.2

STIPULATION TO HEAR PLAINTIFF'S MOTION FOR EXPEDITED JURISDICTIONAL DISCOVERY ON SHORTENED TIME    3

PDF created with pdfFactory trial version www.pdffactory.com