Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234

Christopher A. Conkling (State Bar No. 89118)
Cory S. Anderson (State Bar No. 154672)
USS POSCO Industries
P.O. Box 471
Pittsburg, CA 94565

Attorneys for Defendant
USS-POSCO Industries

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>USS-POSCO INDUSTRIES, a California business entity, and DOES 1-200,<br><br>Defendants. | Case No.: 1:09-cv-00560-LJO-SMS<br><br>**ORDER ALLOWING UPI TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO REMAND UNDER SEAL**<br><br>Date:         September 25, 2009<br>Time:        9:30 a.m.<br>Courtroom: 7 (6th Floor)<br>Judge:       Chief Magistrate Judge<br>                  Sandra M. Snyder |

ORDER ALLOWING UPI TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO REMAND UNDER SEAL; CASE NO. 1:09-CV-00560-LJO-SMS

Defendant USS-POSCO Industries ("UPI") has filed an ex parte application and motion for an order allowing UPI to file its opposition to plaintiff Stanislaus Food Products Company's motion to remand and supporting documents under seal.

This Court, having determined that there is good cause to protect the confidentiality of the information contained in UPI's Partnership Agreement, the Rule 45 depositions of Pitcal, Inc. and POSCO-California Corp. and the declaration of Won Joon Jang, hereby **GRANTS** the motion and directs the Clerk of the Court to file under seal the complete, unredacted versions of the following:

(1) UPI'S Memorandum of Points And Authorities In Opposition To Plaintiff's Motion To Remand;

(2) Declaration of Lucas E. Gilmore In Support of UPI's Opposition To Plaintiff's Motion to Remand; and

(3) Declaration of Won Joon Jang In Support of UPI's Opposition To Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

**DATED: September 11, 2009**           /s/ Sandra M. Snyder
                                        **UNITED STATES MAGISTRATE JUDGE**