Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234

Christopher A. Conkling (State Bar No. 89118)
Cory S. Anderson (State Bar No. 154672)
USS-POSCO Industries
P.O. Box 471
Pittsburg, CA 94565

Attorneys for Defendant
USS-POSCO Industries

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>USS-POSCO INDUSTRIES, a California business entity, and DOES 1-200,<br><br>        Defendants. | Case No.:  1:09-cv-00560-LJO-SMS<br><br>STIPULATION AND ORDER TO EXTEND UPI'S DEADLINE TO FILE RESPONSIVE LETTER BRIEF |

STIPULATION AND ORDER TO EXTEND UPI'S DEADLINE TO FILE RESPONSIVE LETTER BRIEF
Case No.: 1:09-cv-00560-LJO-SMS
S\USS-POS\Stanislaus\Pleadings\Stipulation.doc

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Stanislaus Food Products Company ("Plaintiff") and defendant USS-POSCO
2  Industries ("UPI") hereby stipulate, by and through their counsel, as follows,
3  WHEREAS, on November 10, 2009, the Court issued a Minute Order, indicating that it
4  would consider the unsolicited post-hearing letter brief submitted by Plaintiff on September 28,
5  2009, but allowing UPI to file a letter brief responsive to the arguments asserted in Plaintiff's
6  September 28, 2009 letter brief no later than November 16, 2009.
7  WHEREAS, based on UPI's counsel's calendar and unavailability, the parties have
8  agreed to an order continuing UPI's November 16, 2009 deadline to file a letter brief responsive
9  to the arguments asserted in Plaintiff's September 28, 2009 letter brief until up to and including
10 November 24, 2009 at 12 p.m.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 -1-
28 STIPULATION AND ORDER TO EXTEND UPI'S DEADLINE TO FILE RESPONSIVE LETTER BRIEF
Case No.: 1:09-cv-00560-LJO-SMS
S\USS-POS\Stanislaus\Pleadings\Stipulation.doc

PDF created with pdfFactory trial version www.pdffactory.com

1 | ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

2 | The Court shall enter an order continuing UPI's November 16, 2009 deadline to file a letter brief responsive to the arguments asserted in Plaintiff's September 28, 2009 letter brief until up to and including November 24, 2009 at 12:00 p.m.

Dated: November 12, 2009     LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

By:   /s/ Dean M. Harvey
William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
*Attorneys for Plaintiff Stanislaus Food Products Co.*

Dated: November 12, 2009     STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By:   /s/ Lucas E. Gilmore
Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
*Attorneys for Defendant USS-Posco Industries*

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

Dated:   **November 17, 2009**          /s/ Sandra M. Snyder
                                **UNITED STATES MAGISTRATE JUDGE**

-2-

STIPULATION AND ORDER TO EXTEND UPI'S DEADLINE TO FILE RESPONSIVE LETTER BRIEF
Case No.: 1:09-cv-00560-LJO-SMS
S\USS-POS\Stanislaus\Pleadings\Stipulation.doc