UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>             Plaintiff,<br>     v.<br><br>USS-POSCO Industries, a California business entity, al.,<br><br>             Defendants. | 1:09-cv-00560-LJO-SMS<br><br>ORDER GRANTING DEFENDANT USS-POSCO INDUSTRIES' REQUEST TO REDACT PORTIONS OF THE TRANSCRIPT OF THE HEARING HELD ON September 25, 2009 |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303. Pending before the Court is Defendant USS-POSCO Industries' request, filed on October 15, 2009, to redact portions of the transcript of the hearing of September 25, 2009, transcript.

In light of the Plaintiff's non-opposition to the request, and further considering the stipulated protective order filed in this action on July 28, 2009, that governs jurisdictional discovery, the request to redact from the publicly accessible

////////

1

1 portion of the transcript page 6, lines 6-10; page 7, lines 2-12;
2 page 18, lines 17-18; and page 20, lines 16-21 IS GRANTED.
3
4 IT IS SO ORDERED.
5 **Dated:   December 14, 2009**              /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE