FILED

DEC 22 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>          Plaintiff,<br>  v.<br><br>USS-POSCO Industries, a California business entity, al.,<br><br>          Defendants. | 1:09-cv-00560-LJO-SMS<br><br>ORDER DIRECTING THAT FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO REMAND BE FILED UNDER SEAL<br><br>ORDER DIRECTING THE PARTIES TO MEET AND CONFER AND SUBMIT A STIPULATED PROPOSED REDACTED VERSION OF FINDINGS AND RECOMMENDATION NO LATER THAN THIRTY DAYS AFTER THE DATE OF SERVICE OF THE FINDINGS AND RECOMMENDATIONS |

    Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

    I. <u>Findings and Recommendation to Be Filed under Seal</u>

    Pending before the Court is Plaintiff's motion to remand the action to state court (Doc. 42). The findings and recommendation to be filed with respect to the motion contain information that is confidential, proprietary, and/or private and is subject to the parties' stipulated protective order filed on July 28, 2009.

    Accordingly, it IS ORDERED that the Court's findings and

1

recommendation to deny Plaintiff's motion to remand BE FILED UNDER SEAL.

## II. Direction to Parties to Meet and Confer and to Submit a Proposed Redacted Version of the Findings and Recommendation for Filing

Because only a portion of the matters contained in the findings and recommendation are confidential, proprietary, and/or private, and to facilitate the efficient use of the Court's and the parties' resources, the parties ARE DIRECTED TO MEET AND CONFER forthwith regarding the scope of necessary redaction and TO FILE with the Court no later than thirty days after the date of service of the findings and recommendation a stipulated proposed redacted version of the findings and recommendation to be considered and approved by the Court for filing.

IT IS SO ORDERED.

DATED: Dec. 22, 2009

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE