Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234

Christopher A. Conkling (State Bar No. 89118)
Cory S. Anderson (State Bar No. 154672)
USS-POSCO Industries
P.O. Box 471
Pittsburg, CA 94565

Attorneys for Defendant
USS-POSCO Industries

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>USS-POSCO INDUSTRIES, a California business entity, and DOES 1-200,<br><br>    Defendants. | Case No.: 1:09-cv-00560-LJO-SMS<br><br>STIPULATION RE: ORDER ON REDACTED VERSION OF THE FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR REMAND |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Magistrate Judge Snyder's December 22, 2009 Sealed Findings and Recommendations To Deny Plaintiff's Motion To Remand Action (Document #96), plaintiff Stanislaus Food Products Company and defendant USS-POSCO Industries, by and through their respective counsel, have met and conferred and hereby stipulate and agree to the following:

1. The following portions of the Sealed Findings And Recommendations To Deny Plaintiff's Motion To Remand Action shall be designated as "Confidential" under the July 29, 2009 Stipulated Protective Order:

   a. Page 11, lines 14 through 24;

   b. Page 12, lines 2 through 5;

   c. Page 17, lines 6 through 10;

   d. Page 18, line 26 through Page 19, line 8;

   e. Page 22, line 2 through Page 24, line 22; and

   f. Page 27, lines 13 through 24.

2. The Court should consider and approve for filing the [Proposed] Stipulated Redacted Version Of The Findings And Recommendations To Deny Plaintiff's Motion To Remand Action, a form of which is attached hereto as Exhibit 1.

            /s/ Dean M. Harvey
Dean M. Harvey
William Bernstein (State Bar No. 065200)
wbernstein@lchb.com
Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Dean M. Harvey (State Bar No. 250298)
dharvey@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
*Attorneys for Plaintiff Stanislaus Food Products Co.*

1
STIPULATION RE: PROPOSED REDACTED VERSION OF THE FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR REMAND; Case No.: 1:09-cv-00560-LJO-SMS
S:\USS-POS\Stanislaus\Pleadings\Stip re Findings and Recommendations.WORD

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Lucas E. .Gilmore
Lucas E. Gilmore
Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Telephone:  (415) 421 3400
Facsimile:   (415) 421 2234

*Attorneys for Defendant USS-Posco Industries*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT counsel will file a 'redacted' copy, not under seal, within seven (7) calendar days from service of this order.**

Dated:  **January 22, 2010**          /s/ Sandra M. Snyder
                                      **UNITED STATES MAGISTRATE JUDGE**

2
STIPULATION RE: PROPOSED REDACTED VERSION OF THE FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR REMAND; Case No.: 1:09-cv-00560-LJO-SMS
S:\USS-POS\Stanislaus\Pleadings\Stip re Findings and Recommendations.WORD

PDF created with pdfFactory trial version www.pdffactory.com