IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>USS-POSCO INDUSTRIES,<br><br>　　　　　　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-0560 LJO SMS<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON MOTION TO REMAND** |

On December 22, 2009, the Magistrate Judge issued Findings and Recommendation that plaintiff's motion to remand this action to state court be denied. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order. Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on December 22, 2009, is ADOPTED IN FULL; and
2. Plaintiff's motion to remand the action to state court is DENIED.

IT IS SO ORDERED.

Dated:   January 27, 2010                         /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE