William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff Stanislaus Food Products Co.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California business entity; and DOES 1-200,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-SMS<br><br>**STIPULATION AND ORDER RE: AMENDING THE <u>COMPLAINT</u>** |

Plaintiff Stanislaus Food Products Company ("Stanislaus Food") and Defendant USS-POSCO Industries ("UPI") hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may file a First Amended Complaint.

UPI shall have forty-five (45) days from the date of entry of this Order in which to respond.

Stanislaus Food shall have twenty-one (21) days from the date of service of UPI's response in which to respond.

UPI shall have fourteen (14) days from the date of service of Stanislaus Food's response

857497.2                                          1

STIPULATION AND [PROPOSED] ORDER RE: AMENDING THE COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

in which to reply.

The Motion to Dismiss the original Complaint filed on January 29, 2010 is WITHDRAWN and the March 1, 2010 hearing on the motion is VACATED.

SO STIPULATED AND AGREED:

Dated: February 4, 2010          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Eric B. Fastiff*
    Eric B. Fastiff

William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for Stanislaus Food Products Company*

Dated: February 4, 2010          STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: */s/ Lucas E. Gilmore*
    Lucas E. Gilmore

Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
One California Street, Third Floor
San Francisco, CA 94111
Telephone: (415) 421 3400
Facsimile: (415) 421 2234

*Attorneys for Defendant USS-Posco Industries*

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 15(a), Plaintiff may file a First Amended Complaint. Defendant USS-POSCO Industries shall have forty-five (45) days from the date of entry of this Order in which to respond. The Motion to Dismiss the original Complaint filed on January 29, 2010 is WITHDRAWN and the March 1, 2010 hearing on the motion is VACATED.

IT IS SO ORDERED.

Dated:  February 24, 2010             /s/ Sandra M. Snyder
                                      The Honorable Sandra M. Snyder,
                                      U.S. Magistrate Judge

857497.2                    3

STIPULATION AND [PROPOSED] ORDER RE: AMENDING THE COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com