| | |
|---|---|
| 1 | William Bernstein (State Bar No. 065200) |
| 2 | Joseph R. Saveri (State Bar No. 130064)<br>Eric B. Fastiff (State Bar No. 182260) |
| 3 | Dean M. Harvey (State Bar No. 250298)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP |
| 4 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff Stanislaus Food Products Co.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-SMS<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REDACTED VERSION OF THE FIRST <u>AMENDED COMPLAINT</u>**<br><br>Judge: Hon. Sandra M. Snyder |

862293.1      1      STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Stanislaus Food Products Company ("Stanislaus Food") and Defendant USS-POSCO Industries ("UPI") hereby stipulate and agree that the parties shall have fourteen (14) additional days (until March 31, 2010) to meet and confer and file a redacted version of the First Amended Complaint.

SO STIPULATED AND AGREED:

Dated: March 15, 2010    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____*/s/ Dean M. Harvey*_____
    Dean M. Harvey

William Bernstein  (State Bar No. 065200)
Joseph R. Saveri  (State Bar No. 130064)
Eric B. Fastiff  (State Bar No. 182260)
Dean M. Harvey  (State Bar No. 250298)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Counsel for Stanislaus Food Products Company*

Dated: March 15, 2010    STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: _____*/s/ Lucas E. Gilmore*_____
    Lucas E. Gilmore

Allan Steyer  (State Bar No. 100318)
D. Scott Macrae  (State Bar No. 104663)
Lucas E. Gilmore  (State Bar No. 250893)
One California Street, Third Floor
San Francisco, CA  94111
Telephone:  (415) 421 3400
Facsimile:   (415) 421 2234

*Attorneys for Defendant USS-Posco Industries*

PDF created with pdfFactory trial version www.pdffactory.com

The parties shall have fourteen (14) additional days (until March 31, 2010) to meet and confer and file a redacted version of the First Amended Complaint.

IT IS SO ORDERED.

Dated:  March 17, 2010                    /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com