1  MICHAEL A. GARABED (State Bar No. 223511)
   REED SMITH LLP
2  355 Grand Ave #2900
   Los Angeles, CA 90071
3  Telephone: (213) 457-8086
   Facsimile: (213) 457-8080
4
   *Counsel for Defendants United States Steel
5  Corporation and PITCAL, Inc.*

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                                **(FRESNO)**

10

11

12 | STANISLAUS FOOD PRODUCTS COMPANY, a California corporation, | Case No. 1:09-cv-00560-LJO-SMS |

13

14                    Plaintiff,

15         v.                                                  **STIPULATION AND ORDER TO EXTEND TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

16  USS-POSCO INDUSTRIES, a California partnership, PITCAL, INC., a Delaware corporation, POSCO-CALIFORNIA

17  CORPORATION, a Delaware corporation, UNITED STATES STEEL

18  CORPORATION, a Delaware corporation, POSCO AMERICA STEEL         Judge:   Hon. Sandra M. Snyder

19  CORPORATION, a Delaware corporation,

20                    Defendants.

21

22

23

24

25

26

27

28

                                                 1
PDF created with pdfFactory trial version www.pdffactory.com                STIPULATION AND [PROPOSED] ORDER

Plaintiff Stanislaus Food Products Company and Defendants POSCO-California Corp. ("Poscal"), POSCO America Steel Co. ("Posco America"), United States Steel Corp. ("U.S. Steel") and PITCAL, Inc. ("Pitcal") hereby stipulate and agree that: (a) Defendants Poscal, Posco America, U.S. Steel and Pitcal shall have until May 3, 2010 to respond to Plaintiff's First Amended Complaint; (b) Plaintiff shall have 28 days from the date of service of these Defendants' responses to respond; and (c) these Defendants shall have 14 days from the date of service of Plaintiff's response to reply.

SO STIPULATED AND AGREED:

Dated:  March 18, 2010       LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By    /s/ Eric B. Fastiff
William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for Plaintiff Stanislaus Food Products Company*

Dated:  March 18, 2010       AKIN GUMP STRAUSS HAUER & FELD LLP

By    /s/ Reginald D. Steer
Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

*Counsel for Defendants POSCO-California Corporation and POSCO America Steel Corporation*

Dated:  March 18, 2010       REED SMITH LLP

By    /s/ Michael A. Garabed
Michael A. Garabed (State Bar No. 223511)
355 Grand Ave #2900
Los Angeles, CA 90071
Telephone: (213) 457-8086
Facsimile: (213) 457-8080

*Counsel for Defendants United States Steel Corporation and PITCAL, Inc.*

PDF created with pdfFactory trial version www.pdffactory.com

     Defendants POSCO-California Corp., POSCO America Steel Co., United States Steel Corp. and PITCAL, Inc. shall have until May 3, 2010 to respond to Plaintiff's First Amended Complaint; (b) Plaintiff shall have 28 days from the date of service of these Defendants' responses to respond; and (c) these Defendants shall have 14 days from the date of service of Plaintiff's response to reply.

IT IS SO ORDERED

Dated: April 2, 2010            /s/ Sandra M. Snyder
The Honorable Sandra M. Snyder
United States Magistrate Judge

3

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com