William Bernstein  (State Bar No. 065200)
Joseph R. Saveri  (State Bar No. 130064)
Eric B. Fastiff  (State Bar No. 182260)
Dean M. Harvey  (State Bar No. 250298)
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Stanislaus Food Products Co.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-SMS<br><br>**STIPULATION AND ORDER RE: BRIEFING ON DEFENDANT USS-POSCO INDUSTRIES' MOTION TO <u>DISMISS</u>**<br><br>Magistrate Judge:   Hon. Sandra M. Snyder |

864459.2

- 1 -

1  Plaintiff Stanislaus Food Products Company ("Stanislaus Food") and Defendant USS-
2  POSCO Industries ("UPI") hereby stipulate and agree that:
3  Stanislaus Food shall have until April 26, 2010 in which to respond to UPI's motion to
4  dismiss (Dkt. No. 127).
5  UPI shall have until May 12, 2010 in which to file a reply in support of UPI's motion to
6  dismiss.

SO STIPULATED AND AGREED:

Dated: April 1, 2010                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/*    *Dean M. Harvey*
          Dean M. Harvey

William Bernstein  (State Bar No. 065200)
Joseph R. Saveri  (State Bar No. 130064)
Eric B. Fastiff  (State Bar No. 182260)
Dean M. Harvey  (State Bar No. 250298)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Counsel for Stanislaus Food Products Company*

Dated: April 1, 2010                STEYER LOWENTHAL BOODROOKAS
                                    ALVAREZ & SMITH LLP

By: */s/*    *Lucas E. Gilmore*
          Lucas E. Gilmore

Allan Steyer  (State Bar No. 100318)
D. Scott Macrae  (State Bar No. 104663)
Lucas E. Gilmore  (State Bar No. 250893)
One California Street, Third Floor
San Francisco, CA  94111
Telephone:  (415) 421 3400
Facsimile:   (415) 421 2234

*Attorneys for Defendant USS-Posco Industries*

864459.2                                  - 1 -

1         Plaintiff Stanislaus Food Products Co. shall have until April 26, 2010 in which to respond to defendant USS-POSCO Industries' motion to dismiss (Dkt. No. 127).  USS-POSCO Industries shall have until May 12, 2010 in which to file a reply in support of USS-POSCO Industries' motion to dismiss.

    IT IS SO ORDERED.

Dated:  April 2, 2010         _/s/ Lawrence J. O'Neill_____
                                        The Honorable Lawrence J. O'Neill
                                        United States District Judge