IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY,<br><br>                    Plaintiff,<br>    vs.<br><br>USS-POSCO INDUSTRIES,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 09-0560 LJO SMS<br><br>**ORDER ON BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

The Court has considered the parties' briefs and responses regarding a briefing schedule. For the convenience of the Court and in the interest of judicial economy, the Court sets the following schedule for the motions to dismiss:

May 10, 2010:    deadline for newly added defendants to file a motion to dismiss in a single consolidated brief not to exceed 30 pages.

June 7, 2010:    deadline for plaintiff to oppose any and all motions to dismiss in a single consolidated brief, not to exceed 35 pages.

June 18, 2010    deadline for defendant UPI and for newly added defendants to file a reply brief. Defendant UPI may file a reply brief not to exceed 10 pages. The newly added defendants may file a reply brief not to exceed 10 pages.

The hearing on the motions to dismiss is set for July 15, 2010 at 8:30 a.m. in Department 4.

IT IS SO ORDERED.

**Dated:    April 16, 2010**                    **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE