| | |
|---|---|
| Mandy L. Jeffcoach, # 232313<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300 | Reginald D. Steer (State Bar No. 56324)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>Facsimile: (415) 765-9501<br>Telephone: (415) 765-9520 |
| Daniel I. Booker (admitted *pro hac vice*)<br>Alexander Y. Thomas (admitted *pro hac vice*)<br>REED SMITH LLP<br>3110 Fairview Park Drive, Suite 1400<br>Falls Church, VA 22042<br>Telephone:     (703) 641-4276<br>Facsimile:      (703) 641-4340 | Steven M. Pesner (admitted *pro hac vice*)<br>John W. Berry (admitted pro hac vice)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>Telephone: (212) 872-8075<br>Facsimile: (212) 872-7512 |
| Attorneys for Defendants<br><br>UNITED STATES STEEL CORPORATION and PITCAL, INC. | Attorneys  for Defendants POSCO AMERICA STEEL CORPORATION and POSCO-CALIFORNIA CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>            Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**ORDER GRANTING MOTION OF UNITED STATES STEEL CORPORATION, PITCAL, INC., POSCO AMERICA STEEL CORPORATION, POSCO-CALIFORNIA CORPORATION FOR AN ORDER ALLOWING THEM TO FILE THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS UNDER SEAL**<br><br>Date:    July 15, 2010<br>Time:   8:30 a.m.<br>Ctrm.:   4, 7th Floor<br>Judge:  Hon. Lawrence J. O'Neill |

Defendants UNITED STATES STEEL CORPORATION, a Delaware corporation ("U.S. STEEL"), PITCAL, INC., a Delaware corporation ("PITCAL") POSCO AMERICA STEEL CORPORATION, a Delaware corporation and POSCO-CALIFORNIA CORPORATION, a California corporation will (collectively "Joint Defendants") have filed a

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER GRANTING MOTION OF U.S. STEEL CORPORATION, ET AL.. FOR AN ORDER ALLOWING THEM TO FILE THE MOTION TO DISMISS UNDER SEAL

1  Joint Motion for Order Allowing Them to File their Motion to Dismiss the First Amended
2  Complaint and Supporting Documents Under Seal.

3      This Court, having determined that there is good cause to protect the confidentiality of the
4  information contained in the Motion to Dismiss, hereby **GRANTS** the Motion and directs the
5  Clerk of the Court to file under seal the complete, unredacted versions of the Notice of Motion
6  and Motion to Dismiss and Memorandum of Points and Authorities in Support Thereof of U.S.
7  STEEL and PITCAL.

8      Within ten (10) days of service of this Order, these moving parties shall file a redacted
9  copy of the motion and any supporting papers. The redactions shall be narrowly tailored to
10 protect only that information that is confidential or was deemed confidential.

11     For good cause shown, **IT IS SO ORDERED.**

12 Dated: May 10, 2010

14        __/s/ Lawrence J. O'Neill_____
       Lawrence J. O'Neill
       United States District Court Judge

16 88165/00000-1559670.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
[PROPOSED] ORDER GRANTING MOTION OF U.S. STEEL CORPORATION, ET AL. FOR AN
ORDER ALLOWING THEM TO FILE THE MOTION TO DISMISS UNDER SEAL