William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Stanislaus Food Products Co.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, *et al.*<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-SMS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL THE MEMORANDUM IN OPPOSITION TO DEFENDANTS' <u>MOTIONS TO DISMISS</u>**<br><br>Date:        July 15, 2010<br>Time:       8:30 a.m.<br>Courtroom: 4, 7th Floor<br>Judge:      Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company has filed a Motion for Order Allowing Plaintiff to File Under Seal its Memorandum in Opposition to Defendants' Motions to Dismiss.  This Court, having determined that there is good cause to protect the confidentiality of the information contained therein, hereby **GRANTS** the motion and directs the Clerk of the Court to file under seal the Memorandum in Opposition to Defendants' Motions to Dismiss.

Within ten (10) days of service of this Order, the moving party shall file a redacted copy of any supporting papers. The redactions shall be narrowly tailored to protect only that information that is confidential or was deemed confidential."

Dated: _June 8, 2010                    ___/s/ Lawrence J. O'Neill_____
                                                            Hon.  Lawrence J. O'Neill

881214.1                                                      - 1 -