| | |
|---|---|
| Mandy L. Jeffcoach, # 232313<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300 | Reginald D. Steer (State Bar No. 56324)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>Facsimile: (415) 765-9501<br>Telephone: (415) 765-9520 |
| Daniel I. Booker (admitted *pro hac vice*)<br>Alexander Y. Thomas (admitted *pro hac vice*)<br>REED SMITH LLP<br>3110 Fairview Park Drive, Suite 1400<br>Falls Church, VA 22042<br>Telephone:    (703) 641-4276<br>Facsimile:     (703) 641-4340 | Steven M. Pesner (admitted *pro hac vice*)<br>John W. Berry (admitted pro hac vice)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>Telephone: (212) 872-8075<br>Facsimile: (212) 872-7512 |
| Attorneys for Defendants<br>UNITED STATES STEEL CORPORATION and PITCAL, INC. | Attorneys for Defendants POSCO AMERICA STEEL CORPORATION and POSCO-CALIFORNIA CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**ORDER GRANTING MOTION OF UNITED STATES STEEL CORPORATION, PITCAL, INC., POSCO AMERICA STEEL CORPORATION, POSCO-CALIFORNIA CORPORATION FOR AN ORDER ALLOWING THEM TO FILE THE REPLY TO THE OPPOSITION TO THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS UNDER SEAL**<br><br>Date:    July 15, 2010<br>Time:   8:30 a.m.<br>Ctrm.:   4, 7th Floor<br>Judge:  Hon. Lawrence J. O'Neill |

Defendants UNITED STATES STEEL CORPORATION, a Delaware corporation ("U.S. STEEL"), PITCAL, INC., a Delaware corporation ("PITCAL") POSCO AMERICA STEEL CORPORATION, a Delaware corporation and POSCO-CALIFORNIA

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER GRANTING MOTION FOR AN ORDER ALLOWING THEM TO FILE THE REPLY TO THE OPPOSITION TO MOTION TO DISMISS UNDER SEAL

1  CORPORATION, a California corporation will (collectively "Joint Defendants") have filed a
2  Joint Motion for Order Allowing Them to File their Reply to the Opposition to the Motion to
3  Dismiss the First Amended Complaint and Supporting Documents Under Seal.

4      This Court, having determined that there is good cause to protect the confidentiality of the
5  information contained in the Motion to Dismiss, hereby **GRANTS** the Motion and directs the
6  Clerk of the Court to file under seal the complete, unredacted versions of the Reply to the
7  Opposition to the Motion to Dismiss of U.S. STEEL and PITCAL.

8      **Furthermore,** Within ten (10) days of service of this Order, the moving party shall file a
9  redacted copy of any supporting papers. The redactions shall be narrowly tailored to protect only
10 that information that is confidential or was deemed confidential

12     **IT IS SO ORDERED.**

14 Dated:    **June 16, 2010**                      /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

ORDER GRANTING MOTION FOR AN ORDER ALLOWING THEM TO FILE THE REPLY TO THE
OPPOSITION TO MOTION TO DISMISS UNDER SEAL