Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234

Christopher A. Conkling (State Bar No. 89118)
Cory S. Anderson (State Bar No. 154672)
USS POSCO Industries
P.O. Box 471
Pittsburg, CA 94565

Attorneys for Defendant
USS-POSCO Industries

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>USS-POSCO INDUSTRIES, a California partnership, PITCAL, INC., a Delaware corporation, POSCO-CALIFORNIA CORPORATION, a Delaware corporation, UNITED STATES STEEL CORPORATION, a Delaware corporation, POSCO AMERICA STEEL CORPORATION, a Delaware corporation<br><br>Defendants. | Case No.:  1:09-cv-00560-LJO-SMS<br><br>**ORDER GRANTING MOTION OF UPI FOR AN ORDER ALLOWING IT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER SEAL**<br><br>Date:       July 15, 2010<br>Time:      8:30 a.m.<br>Courtroom: 4, 7th Floor<br>Judge:     Hon. Lawrence J. O'Neill |

ORDER GRANTING MOTION FOR UPI FOR AN ORDER ALLOWING IT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER SEAL;
CASE NO. 1:09-CV-00560-LJO-SMS

1. Defendant USS-POSCO Industries ("UPI") has filed a motion for an order allowing it to file its reply brief in support of its motion to dismiss the first amended complaint under seal.

2. This Court, having determined that there is good cause to protect the confidentiality of the information contained in the Reply, hereby GRANTS the Motion and directs the Clerk of the Court to file under seal the complete, unredacted versions of the Reply in Support of Motion to Dismiss First Amended Complaint.

3. Furthermore, Within ten (10) days of service of this Order, UPI shall file a redacted copy of the reply. The redactions shall be narrowly tailored to protect only that information that is confidential or was deemed confidential.

**IT IS SO ORDERED.**

Dated:   June 18, 2010                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

---

-1-
ORDER GRANTING MOTION FOR UPI FOR AN ORDER ALLOWING IT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER SEAL;
CASE NO. 1:09-CV-00560-LJO-SMS