IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>USS-POSCO INDUSTRIES, et al.,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-0560 LJO SMS<br><br>**ORDER ON REDACTIONS AND VACATING HEARING** |

　　　In reviewing the pending motions to dismiss, it has become apparent to the Court that the parties have not taken this Court's orders seriously that the redactions to the motions, oppositions, and other papers must be "narrowly tailored."  In one of too many examples to mention, plaintiff redacts its opposition arguments on p. 16, lines 4-14 dealing with its status as a consumer. In another example, the Complaint (Doc. 138) redacts paragraphs 94-97, which deal with the structure and organization of U.S. Steel, POSCO, and the relationship to UPI.  Defendants U.S. Steel, Pitcal, POSCO just recently filed their redacted version of the Joint Motion and the Court notes that vast portions are redacted. (See Doc. 168, 209, 211.)

　　　In total, this abuse of the Local Rules regarding redactions and sealing documents jeopardizes any future sealing of documents.  In addition, the continued abuse will result in an order to unseal that which has been sealed to date.  Within ten (10) days of the service of this order, the parties who have filed sealed documents shall file "Revised Redacted" documents which truly are narrowly tailored. Failure to do so will result in the Court making the appropriate order.

　　　In light of the above, the hearing set for July 15, 2010 is vacated.  The Court will determine if and when to reset the hearing after review of the expected Revised Redacted documents.

　　　IT IS SO ORDERED.

**Dated:   July 1, 2010**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE