| | |
|---|---|
| Marshall C. Whitney, # 082952<br>Mandy L. Jeffcoach, # 232313<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300<br><br>Daniel I. Booker (admitted *pro hac vice*)<br>Alexander Y. Thomas (admitted *pro hac vice*)<br>REED SMITH LLP<br>3110 Fairview Park Drive, Suite 1400<br>Falls Church, VA 22042<br>Telephone:     (703) 641-4276<br>Facsimile:      (703) 641-4340<br><br>Attorneys for Defendants<br><br>UNITED STATES STEEL CORPORATION<br>and PITCAL, INC. | Reginald D. Steer (State Bar No. 56324)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>Facsimile:  (415) 765-9501<br>Telephone:  (415) 765-9520<br><br>Steven M. Pesner (admitted *pro hac vice*)<br>John W. Berry (admitted pro hac vice)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>Telephone:  (212) 872-8075<br>Facsimile:  (212) 872-7512<br><br>Attorneys for Defendants POSCO AMERICA<br>STEEL CORPORATION and POSCO-<br>CALIFORNIA CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>            Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**STIPULATION BY PARTIES ON BRIEFING SCHEDULING FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT; ORDER THEREON**<br><br>Judge:   Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company ("Stanislaus") and Defendants POSCO-California Corp., POSCO America Steel Co., United States Steel Corp., PITCAL, Inc. and USS-POSCO Industries (collectively, "Defendants") hereby stipulate and agree that:

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION BY PARTIES ON BRIEFING SCHEDULING FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [CASE NO. 1:09-CV-00560-LJO-SMS]

1.    Defendants intend to file a Motion to Dismiss the Second Amended Complaint that Stanislaus served on October 20, 2010.

2.    A Joint Motion to Dismiss will be filed by Defendants on December 6, 2010, with a limitation of 30 pages.

3.    Stanislaus' Opposition to the Motion to Dismiss will be due on January 17, 2011, with a limitation of 30 pages.

4.    Defendants' Joint Reply will be due 15 days thereafter, on February 1, 2011, with a limitation of 15 pages.

5.    The parties further agree that if the Court is so inclined to hold a hearing on this matter, the hearing shall be set at the convenience of the Court.

SO STIPULATED AND AGREED:

Dated: October 28, 2010

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By /s/ Dean M. Harvey
William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Counsel for Plaintiff Stanislaus Food Products Company*

Dated: October 28, 2010

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/ Reginald D. Steer
Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:  (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
John W. Berry (admitted *pro hac vice*)
One Bryant Park
New York, NY  10036
Telephone:  (212) 872-8075

*Counsel for Defendants POSCO AMERICA STEEL CORPORATION and POSCO-CALIFORNIA CORPORATION*

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION BY PARTIES ON BRIEFING SCHEDULING FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [CASE NO. 1:09-CV-00560-LJO-SMS]

| | |
|---|---|
| Dated: October 28, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By:   /s/ Mandy L. Jeffcoach |
| | Marshall C. Whitney (State Bar No. 082952) |
| | Mandy L. Jeffcoach (State Bar No. 232313) |
| | P.O. Box 28912 |
| | 5 River Park Place East |
| | Fresno, CA  93720-1501 |
| | Telephone:  (559) 433-1300 |
| | |
| | REED SMITH LLP |
| | Daniel I. Booker (admitted *pro hac vice*) |
| | Alexander Y. Thomas (admitted *pro hac vice*) |
| | 1301 K St., NW |
| | Suite 1100, East Tower |
| | Washington, D.C. 20005 |
| | Telephone:  (202) 414-9200 |
| | |
| | *Counsel for Defendants U.S. STEEL CORPORATION and PITCAL, INC.* |
| Dated: October 28, 2010 | STEYER, LOWENTHAL BOODROOKAS, ALVAREZ & SMITH LLP |
| | By:   /s/ Allan Steyer |
| | Allan Steyer (State Bar No. 100318) |
| | One California St., Third Floor |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 421-3400 |
| | |
| | *Counsel for Defendants USS-POSCO Industries* |

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION BY PARTIES ON BRIEFING SCHEDULING FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [CASE NO. 1:09-CV-00560-LJO-SMS]

# ORDER

Having read the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the following briefing schedule is hereby set for the Motion to Dismiss to be filed by Defendants:

    a.    A Joint Motion to Dismiss will be filed by Defendants on December 6, 2010, with a limitation of 30 pages.

    b.    Plaintiff's Opposition to the Motion to Dismiss will be due on January 17, 2011, with a limitation of 30 pages.

    c.    Defendants' Joint Reply will be due 15 days thereafter, on February 1, 2011, with a limitation of 15 pages.

IT IS SO ORDERED

Dated:  October 28, 2010        /s/ LAWRENCE J. O'NEILL
                                              The Honorable Lawrence J. O'Neill
                                              United States District Judge

88165/00000-1639770.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

STIPULATION BY PARTIES ON BRIEFING SCHEDULING FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [CASE NO. 1:09-CV-00560-LJO-SMS]