| | |
|---|---|
| Marshall C. Whitney (State Bar No. 082952) <br> Mandy L. Jeffcoach (State Bar No. 232313) <br> MCCORMICK, BARSTOW, SHEPPARD, <br>   WAYTE & CARRUTH LLP <br> P.O. Box 28912 <br> 5 River Park Place East <br> Fresno, CA 93720-1501 <br> Telephone:  (559) 433-1300 <br> Facsimile:  (559) 433-2300 <br><br> Daniel I. Booker (admitted *pro hac vice*) <br> Alexander Y. Thomas (admitted *pro hac vice*) <br> REED SMITH LLP <br> 1301 K St., NW <br> Suite 1100, East Tower <br> Washington, D.C. 20005 <br> Telephone: (202) 414-9200 <br> Facsimile: (202) 414-9299 <br><br> *Attorneys for Defendants, U.S. STEEL <br> CORPORATION and PITCAL, INC.* | Reginald D. Steer (State Bar No. 45324) <br> AKIN GUMP STRAUSS HAUER <br>   & FELD LLP <br> 580 California Street, Suite 1500 <br> San Francisco, CA 94104-1036 <br> Telephone:  (415) 765-9520 <br> Facsimile:  (415) 765-9501 <br><br> Steven M. Pesner (admitted *pro hac vice*) <br> John W. Berry (admitted *pro hac vice*) <br> AKIN GUMP STRAUSS HAUER <br>   & FELD LLP <br> One Bryant Park <br> New York, NY 10036 <br> Telephone:  (212) 872-8075 <br> Facsimile:  (212) 872-7512 <br><br> *Counsel for Defendants POSCO AMERICA <br> STEEL CORPORATION and POSCO- <br> CALIFORNIA CORPORATION* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> USS-POSCO INDUSTRIES, a California partnership, PITCAL, INC., a Delaware corporation, POSCO-CALIFORNIA CORPORATION, a Delaware corporation, UNITED STATES STEEL CORPORATION, a Delaware corporation, POSCO AMERICA STEEL CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 1:09-cv-00560-LJO-SMS <br><br> **STIPULATION TO SEAL DOCUMENT NUMBER 236;** ~~[PROPOSED]~~ **ORDER THEREON** <br><br> FILED <br> DEC -9 2010 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> DEPUTY CLERK |

All parties hereby STIPULATE that the Notice Of Motion and Joint Motion of All Defendants to Dismiss Plaintiff's Second Amended Complaint and Brief of All Defendants in Support of their Joint Motion to Dismiss Plaintiff's Second Amended Complaint filed on December 6, 2010 as docket number 236 shall be filed under seal. The parties further stipulate

1  that within 24 hours of the Court ordering the sealing of docket number 236, Defendants shall re-
2  file an amended, redacted Motion to Dismiss with all supporting documents.
3      IT IS SO STIPULATED AND AGREED

Dated:  December 7 2010

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By /s/ Eric Fastiff
William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Counsel for Plaintiff Stanislaus Food Products Company*

AKIN GUMP STRAUSS HAUER
  & FELD LLP

By:   /s/ Reginald D. Steer
Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:  (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
John W. Berry (admitted *pro hac vice*)
One Bryant Park
New York, NY  10036
Telephone: (212) 872-8075

*Counsel for Defendants POSCO AMERICA STEEL CORPORATION and POSCO-CALIFORNIA CORPORATION*

McCORMICK, BARSTOW, SHEPPARD,
  WAYTE & CARRUTH LLP

By:   /s/ Mandy L. Jeffcoach
Marshall C. Whitney (State Bar No. 082952)
Mandy L. Jeffcoach (State Bar No. 232313)
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone: (559) 433-1300

REED SMITH LLP
Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
1301 K St., NW
Suite 1100, East Tower
Washington, D.C. 20005
Telephone: (202) 414-9200

*Counsel for Defendants U.S. STEEL CORPORATION and PITCAL, INC.*

STEYER, LOWENTHAL BOODROOKAS, ALVAREZ & SMITH LLP

By: ___/s/ Lucas Gilmore___
Allan Steyer (State Bar No. 100318)
Lucas E. Gilmore (State Bar No. 250893)
One California St., Third Floor
San Francisco, CA 94111
Telephone: (415) 421-3400

*Counsel for Defendants USS-POSCO Industries*

### [PROPOSED] ORDER

Having read the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that docket number 236 is hereby sealed. Defendants shall filed an amended, redacted Motion to Dismiss and all supporting documents within 24 hours of this order.

IT IS SO ORDERED

Dated: December __9__, 2010

The Honorable ~~Lawrence J. O'Neill~~ SMSNYDER
United States ~~District~~ Judge, Magistrate

88165/00000-1657329.v1