1  William Bernstein  (State Bar No. 065200)
   Joseph R. Saveri  (State Bar No. 130064)
2  Eric B. Fastiff  (State Bar No. 182260)
   Dean M. Harvey  (State Bar No. 250298)
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:   (415) 956-1008

6  *Attorneys for Plaintiff Stanislaus Food Products Co.*

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                   (FRESNO DIVISION)

11

12  STANISLAUS FOOD PRODUCTS          Case No.  1:09-CV-00560-LJO-SMS
    COMPANY, a California corporation,
13                                    **STIPULATION AND <u>ORDER RE:</u>
                                      <u>EXTENDING TIME</u>**
            Plaintiff,
14                                    Judge:     Hon. Lawrence J. O'Neill
       v.
15
    USS-POSCO INDUSTRIES, a California
16  partnership; PITCAL, INC., a Delaware
    corporation; POSCO-CALIFORNIA
17  CORPORATION, a Delaware corporation;
    UNITED STATES STEEL
18  CORPORATION, a Delaware corporation;
    POSCO AMERICA STEEL
19  CORPORATION, a Delaware corporation,

20          Defendants.

21

22          Plaintiff Stanislaus Food Products Company ("Stanislaus") and Defendants USS-POSCO

23  Industries, Pitcal, Inc., POSCO-California Corp., United States Steel Corp., and POSCO America

24  Steel Corp. (collectively, "Defendants") hereby stipulate and agree that:

25          1.  In consideration of the Martin Luther King, Jr. Holiday on January 17, 2011, and

26              the Court's closure on that date, Stanislaus's Opposition to the Motion to Dismiss

27              the Second Amended Complaint shall be due on January 18, 2011, rather than

28

907807.1                          - 1 -

1          January 17, 2011 as previously stipulated and ordered (Dkt. No. 231); and

2
      2.  Defendants' Joint Reply will be due on February 2, 2011, rather than February 1,
3
          2011, as previously stipulated and ordered (Dkt No. 231).
4

5
          SO STIPULATED AND AGREED:
6

7

8   Dated:  January 13, 2011            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

9                                       By:  */s/        Dean M. Harvey*
                                                        Dean M. Harvey
10
                                        William Bernstein  (State Bar No. 065200)
11                                      Joseph R. Saveri  (State Bar No. 130064)
                                        Eric B. Fastiff  (State Bar No. 182260)
12                                      Dean M. Harvey  (State Bar No. 250298)
                                        275 Battery Street, 29th Floor
13                                      San Francisco, CA  94111-3339
                                        Telephone:  (415) 956-1000
14
                                        *Counsel for Plaintiff Stanislaus Food Products Company*
15

16  Dated:  January 13, 2011            AKIN GUMP STRAUSS HAUER & FELD LLP

17
                                        By:  */s/        Reginald D. Steer*
18                                                      Reginald D. Steer

19                                      Reginald D. Steer (State Bar No. 56324)
                                        580 California Street, Suite 1500
20                                      San Francisco, CA  94104-1036
                                        Telephone:  (415) 765-9520
21
                                        *Counsel for Defendants POSCO AMERICA STEEL*
22                                      *CORPORATION and POSCO-CALIFORNIA*
                                        *CORPORATION*
23

24

25

26

27

28

907807.1                                - 2 -

1

2   Dated:  January 13, 2011              McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP

3

4                                        By:  */s/*      *Mandy L. Jeffcoach*
                                                   Mandy L. Jeffcoach

5                                        Marshall C. Whitney (State Bar No. 082952)
                                         Mandy L. Jeffcoach (State Bar No. 232313)
6                                        P.O. Box 28912
                                         5 River Park Place East
7                                        Fresno, CA  93720-1501
                                         Telephone:  (559) 433-1300

8
                                         REED SMITH LLP
9                                        Daniel I. Booker (admitted *pro hac vice*)
                                         Alexander Y. Thomas (admitted *pro hac vice*)
10                                       1301 K St., NW
                                         Washington, DC  20005
11                                       Telephone:  (202) 414-9200

12                                       *Counsel for Defendants U.S. STEEL CORPORATION
                                         and PITCAL, INC.*
13
     Dated:  January 13, 2011              STEYER LOWENTHAL BOODROOKAS
14                                         ALVAREZ & SMITH LLP

15
                                         By:  */s/*      *Allan Steyer*
16                                                 Allan Steyer

17                                       Allan Steyer  (State Bar No. 100318)
                                         One California Street, Third Floor
18                                       San Francisco, CA  94111
                                         Telephone:  (415) 421 3400

19
                                         *Attorneys for Defendant USS-Posco Industries*
20

21

22

23

24

25

26

27

28

907807.1                              - 3 -

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME

1

**ORDER**

2      Having read the foregoing Stipulation, and good cause appearing, IT IS HEREBY

3  ORDERED that the briefing schedule for the Motion to Dismiss filed by Defendants shall be

4  revised as follows:

5           a.   Stanislaus's Opposition to the Motion to Dismiss the Second Amended Complaint

6                shall be due on January 18, 2011, rather than January 17, 2011 as previously

7                stipulated and ordered (Dkt. No. 231); and

8
           3.   Defendants' Joint Reply will be due on February 2, 2011, rather than February 1,
9
                2011, as previously stipulated and ordered (Dkt No. 231).
10

11
      IT IS SO ORDERED.
12

Dated:  January 14, 2011                    /s/ Lawrence J. O'Neill_____
13                                          The Honorable Lawrence J. O'Neill
                                            United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

907807.1                           - 4 -