UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-SMS<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND <u>AMENDED COMPLAINT UNDER SEAL</u>**<br><br>Hearing Date:  Not Set<br>Courtroom:    4, 7th Floor<br>Judge:        Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company ("Stanislaus"), a California corporation, has requested an order allowing it to file its Memorandum of Points and Authorities In Opposition To Defendants' Motion To Dismiss The Second Amended Complaint under seal. Because good cause has been shown, the Court GRANTS Stanislaus's request.

This Court finds as follows:

1. The interests of Stanislaus and Silgan Container Corporation in preserving the confidentiality pursuant to their Container Supply Agreement of pricing information, raw material sources, and other business information mentioned in the Second Amended Complaint and in complaints previously filed under seal in this case and in the prior state action entitled *Stanislaus Food Products v. USS-Posco Industries, et al.* (Stanislaus Superior Court Case No. 637620), are overriding interests that overcome the right of public access to these complaints.

2. Because the Second Amended Complaint reveals confidential information as defined in the Container Supply Agreement, substantial probability exists that this overriding interest will be prejudiced if the Memorandum of Points and Authorities In Opposition To Defendants' Motion To Dismiss The Second Amended Complaint is filed in the public domain and not sealed.

3. No less restrictive means exist to protect this overriding interest.

4. This Court has previously ordered the Second Amended Complaint in this action sealed to protect confidential information derived from the Container Supply Agreement.

5. The proposed sealing order is narrowly tailored because Stanislaus will be directed to file a redacted Memorandum of Points and Authorities In Opposition To Defendants' Motion To Dismiss The Second Amended Complaint within two (2) days of this Order.

This Court, having determined that there is good cause to protect the confidentiality of the information set forth in the Memorandum of Points and Authorities In Opposition To Defendants' Motion To Dismiss The Second Amended Complaint, hereby **GRANTS** the request and directs the Clerk of Court and the parties as follows:

1. The Clerk shall file the complete, unredacted Memorandum of Points and Authorities In Opposition To Defendants' Motion To Dismiss The Second Amended Complaint under seal in its entirety. The unredacted Memorandum Of Points And Authorities In Opposition To Defendants' Motion To Dismiss The Second Amended Complaint shall remain under seal indefinitely, pending further order of this Court.

2. Within two (2) days of service of this Order, Stanislaus shall file a redacted copy of the Memorandum Of Points And Authorities In Opposition To Defendants' Motion To

1 | Dismiss The Second Amended Complaint.  The redactions shall be narrowly tailored.

2 | IT IS SO ORDERED.

3 | Dated:  January 18, 2011         /s/ Lawrence J. O'Neill
4 |                                  Hon. Lawrence J. O'Neill
                                     United States District Judge