1  Mandy L. Jeffcoach, # 232313
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   5 River Park Place East
3  Fresno, CA  93720-1501
   Telephone:     (559) 433-1300
4  Facsimile:     (559) 433-2300

5  Daniel I. Booker (admitted *pro hac vice*)
   Alexander Y. Thomas (admitted *pro hac vice*)
6  REED SMITH LLP
   3110 Fairview Park Drive, Suite 1400
7  Falls Church, VA 22042
   Telephone:     (703) 641-4276
8  Facsimile:     (703) 641-4340

9  Attorneys for Defendants

10 UNITED STATES STEEL CORPORATION and
   PITCAL, INC.

11

   Reginald D. Steer (State Bar No. 56324)
   AKIN GUMP STRAUSS HAUER
   & FELD LLP
   580 California Street, Suite 1500
   San Francisco, CA 94104-1036
   Facsimile:  (415) 765-9501
   Telephone:  (415) 765-9520

   Steven M. Pesner (admitted *pro hac vice*)
   John W. Berry (admitted pro hac vice)
   AKIN GUMP STRAUSS HAUER
   & FELD LLP
   One Bryant Park
   New York, NY  10036
   Telephone:  (212) 872-8075
   Facsimile:  (212) 872-7512

   Attorneys  for Defendants POSCO
   AMERICA STEEL CORPORATION and
   POSCO-CALIFORNIA CORPORATION

12          UNITED STATES DISTRICT COURT

13     EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

14

15 STANISLAUS FOOD PRODUCTS
   COMPANY, a California corporation,
16
              Plaintiff,
17
   v.
18
   USS-POSCO INDUSTRIES, a California
19 partnership; PITCAL, INC., a Delaware
   corporation; POSCO-CALIFORNIA
20 CORPORATION, a Delaware corporation;
   UNITED STATES STEEL
21 CORPORATION, a Delaware corporation;
   POSCO AMERICA STEEL
22 CORPORATION, a Delaware corporation,
23            Defendants.
24

   Case No. 1:09-cv-00560-LJO-SMS

   **ORDER GRANTING MOTION OF UNITED
   STATES STEEL CORPORATION, PITCAL,
   INC., POSCO AMERICA STEEL
   CORPORATION, POSCO-CALIFORNIA
   CORPORATION FOR AN ORDER
   ALLOWING THEM TO FILE THEIR JOINT
   REPLY TO THE OPPOSITION TO THE
   MOTION TO DISMISS THE SECOND
   AMENDED COMPLAINT AND SUPPORTING
   DOCUMENTS UNDER SEAL**

25      Defendants  UNITED  STATES  STEEL  CORPORATION,  a  Delaware  corporation,

26 PITCAL,  INC.,  a  Delaware  corporation  POSCO  AMERICA  STEEL  CORPORATION,  a

27 Delaware  corporation  and  POSCO-CALIFORNIA  CORPORATION,  a  California  corporation

28 (collectively "Joint Defendants") will have filed a Joint Motion for Order Allowing Them to File

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1  their Joint Reply to the Opposition to the Motion to Dismiss the Second Amended Complaint and

2  Supporting Documents Under Seal.

3      This Court, having determined that there is good cause to protect the confidentiality of the

4  information contained in the Motion to Dismiss, hereby **GRANTS** the Motion and directs the

5  Clerk of the Court to file under seal the complete, unredacted version of Joint Defendants' Joint

6  Reply to the Opposition to the Motion to Dismiss.

7      For good cause shown, **IT IS SO ORDERED.** Within two (2) days of the filing, the

8  defendants shall file a redacted copy of the joint reply. The redactions shall be narrowly-tailored

9  so as to protect only that information which is confidential.

10  Dated:  January 26, 2011

11

12                    /s/ Lawrence J. O'Neill_____
                     Lawrence J. O'Neill

13                    United States District Court Judge

14  88165/00000-1679420.v1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER ALLOWING THEM TO FILE THE REPLY TO
THE OPPOSITION TO MOTION TO DISMISS UNDER SEAL