| | |
|---|---|
| Marshall C. Whitney (State Bar No. 082952)<br>Mandy L. Jeffcoach (State Bar No. 232313)<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300<br><br>Daniel I. Booker (admitted *pro hac vice*)<br>Alexander Y. Thomas (admitted *pro hac vice*)<br>REED SMITH LLP<br>3110 Fairview Park Drive, Suite 1400<br>Falls Church, VA 22042<br>Telephone:     (703) 641-4276<br>Facsimile:      (703) 641-4340<br><br>Attorneys for Defendants<br><br>UNITED STATES STEEL CORPORATION<br>and PITCAL, INC. | Reginald D. Steer (State Bar No. 56324)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>Facsimile:  (415) 765-9501<br>Telephone:  (415) 765-9520<br><br>Steven M. Pesner (admitted *pro hac vice*)<br>John W. Berry (admitted pro hac vice)<br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>Telephone:  (212) 872-8075<br>Facsimile:  (212) 872-7512<br><br>Attorneys for Defendants POSCO AMERICA<br>STEEL CORPORATION and POSCO-<br> CALIFORNIA CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**STIPULATION BY PARTIES ON BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO THIRD AMENDED COMPLAINT AND STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON**<br><br>Judge:    Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company ("Stanislaus") and Defendants POSCO-California Corp., POSCO America Steel Co., United States Steel Corp., PITCAL, Inc. and USS-POSCO Industries (collectively, "Defendants") hereby stipulate and agree that:

1. Stanislaus intends to file a Third Amended Complaint on or before March 16, 2011.

2. Defendants' answer or response to the Third Amended Complaint will be due by April 18, 2011. If Defendants file a motion to dismiss, it will be a single joint motion, with a limitation of 30 pages.

3. Stanislaus' Opposition to a motion to dismiss will be due by May 20, 2011, with a limitation of 30 pages.

4. Defendants' Joint Reply will be due by June 3, 2011, with a limitation of 15 pages.

5. The parties further agree that if the Court is inclined to hold a hearing on a motion to dismiss, the hearing shall be set at the convenience of the Court.

6. The Scheduling Conference currently set for March 28, 2011 will be rescheduled to July 7, 2011, approximately one month after Defendants' Reply is due.

IT IS SO STIPULATED AND AGREED.

Dated: March 2 2011                LIEFF, CABRASER, HEIMANN &
                                   BERNSTEIN, LLP

                                   By  /s/ Dean M. Harvey
                                   William Bernstein (State Bar No. 065200)
                                   Joseph R. Saveri (State Bar No. 130064)
                                   Eric B. Fastiff (State Bar No. 182260)
                                   Dean M. Harvey (State Bar No. 250298)
                                   275 Battery Street, 29th Floor
                                   San Francisco, CA 94111-3339
                                   Telephone: (415) 956-1000

                                   *Counsel for Plaintiff Stanislaus Food Products Company*

Dated: March 2, 2011               AKIN GUMP STRAUSS HAUER
                                     & FELD LLP

                                   By:   /s/ Reginald D. Steer
                                   Reginald D. Steer (State Bar No. 56324)
                                   580 California Street, Suite 1500
                                   San Francisco, CA  94104-1036

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION BY PARTIES ON BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO THIRD AMENDED COMPLAINT AND STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON [CASE NO. 1:09-CV-00560-LJO-SMS]

```
 1                                         Telephone:  (415) 765-9520

 2                                         Steven M. Pesner (admitted pro hac vice)
                                           John W. Berry (admitted pro hac vice)
 3                                         One Bryant Park
                                           New York, NY  10036
 4                                         Telephone:  (212) 872-8075

 5                                         Counsel for Defendants POSCO AMERICA
                                           STEEL CORPORATION and POSCO-
 6                                         CALIFORNIA CORPORATION

 7   Dated:  March 2, 2011                 McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP
 8
                                           By:     /s/ Mandy L. Jeffcoach
 9                                         Marshall C. Whitney (State Bar No. 082952)
                                           Mandy L. Jeffcoach (State Bar No. 232313)
10                                         P.O. Box 28912
                                           5 River Park Place East
11                                         Fresno, CA  93720-1501
                                           Telephone:  (559) 433-1300
12
                                           REED SMITH LLP
13                                         Daniel I. Booker (admitted pro hac vice)
                                           Alexander Y. Thomas (admitted pro hac vice)
14                                         1301 K St., NW
                                           Suite 1100, East Tower
15                                         Washington, D.C. 20005
                                           Telephone:  (202) 414-9200
16
                                           Counsel for Defendants U.S. STEEL
17                                         CORPORATION and PITCAL, INC.
     Dated:  March 2, 2011
18                                         STEYER,  LOWENTHAL  BOODROOKAS,
                                           ALVAREZ & SMITH LLP
19
                                           By:     /s/ Allan Steyer
20                                         Allan Steyer (State Bar No. 100318)
                                           One California St., Third Floor
21                                         San Francisco, CA 94111
                                           Telephone:  (415) 421-3400
22

23                                         Counsel for Defendants USS-POSCO Industries

24

25

26

27
                                                3
28
```

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION BY PARTIES ON BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO THIRD AMENDED COMPLAINT AND STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON [CASE NO. 1:09-CV-00560-LJO-SMS]

# **ORDER**

Having read the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the following briefing schedule and Scheduling Conference is hereby set:

Defendants' answer or response to the Third Amended Complaint shall be due on or before April 18, 2011. If Defendants file a motion to dismiss, it will be a single joint motion, with a limitation of **25** pages.

Plaintiff's Opposition to a Motion to Dismiss will be due by May 20, 2011, with a limitation of **25** pages.

Defendants' Joint Reply will be due by June 3, 2011, with a limitation of **10** pages.

If the Court is inclined to hold a hearing on a motion to dismiss, the hearing shall be set at the convenience of the Court.

The Scheduling Conference currently set for March 28, 2011 will be rescheduled to **July 6, 2011** at 9:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  March 3, 2011                             /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION BY PARTIES ON BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO THIRD AMENDED COMPLAINT AND STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON [CASE NO. 1:09-CV-00560-LJO-SMS]