**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, | CASE NO. CV F 09-0560 LJO SMS |
| Plaintiff, | **ORDER ON REQUEST TO FILE JOINT DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT UNDER SEAL** |
| vs. | |
| USS-POSCO INDUSTRIES, et. al., | |
| Defendant. | |
| _____/ | |

Defendants UNITED STATES STEEL CORPORATION, PITCAL, INC., POSCO AMERICA STEEL CORPORATION, and POSCO-CALIFORNIA CORPORATION (collectively "Joint Defendants") filed a Motion for Order Allowing Them to File their Joint Motion to Dismiss the Third Amended Complaint under Seal.  (Doc. 269.)  On April 18, 2011, Joint Defendants filed a version of this same Joint Motion which contains redactions of confidential information.

This Court, having determined that there is good cause to protect the confidentiality of limited information set forth in the Joint Defendants' motion, and in light of the filing of the redacted version of the motion, hereby **GRANTS** the request and directs the Clerk of Court and the parties as follows:  The Clerk shall file the complete, unredacted Joint Defendants' Motion to Dismiss the Third Amended Complaint under seal in its entirety. The unredacted joint motion shall remain under seal indefinitely, pending further order of this Court.

IT IS SO ORDERED.

**Dated:    April 19, 2011**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1