Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone:     (703) 641-4276
Facsimile:      (703) 641-4340

Attorneys for Defendants

UNITED STATES STEEL CORPORATION
and PITCAL, INC.

Reginald D. Steer (State Bar No. 56324)
AKIN GUMP STRAUSS HAUER
& FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Facsimile:  (415) 765-9501
Telephone:  (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
John W. Berry (admitted pro hac vice)
AKIN GUMP STRAUSS HAUER
& FELD LLP
One Bryant Park
New York, NY  10036
Telephone:  (212) 872-8075
Facsimile:  (212) 872-7512

Attorneys for Defendants POSCO AMERICA
STEEL CORPORATION and POSCO-
 CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Judge:    Hon. Lawrence J. O'Neill |

ALL PARTIES HEREBY STIPULATE AND AGREE to continue the Scheduling Conference, presently set for July 6, 2011 at 9:30 a.m.

1. On March 3, 2011, the Court issued its Order adopting the Parties'

proposed briefing schedule on Defendants' Motion to Dismiss the Third Amended Complaint, and in doing so, set the Scheduling Conference for July 6, 2011.

2. Defendants' Joint Reply was filed on June 3, 2011.

3. To date, the Court has not ruled upon Defendants' Motion to Dismiss.

4. Accordingly, the Parties stipulate that the Court should continue the Scheduling Conference, presently set for July 6, 2011 at 9:30 a.m., to August 31, 2011 at 9:30 a.m.

IT IS HEREBY STIPULATED.

Dated:  June 20, 2011                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By  /s/ Dean M. Harvey
William Bernstein (State Bar No. 065200)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Counsel for Plaintiff Stanislaus Food Products Company*

Dated:  June 20, 2011                    AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/ Reginald D. Steer
Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:  (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
John W. Berry (admitted *pro hac vice*)
One Bryant Park
New York, NY  10036
Telephone:  (212) 872-8075

*Counsel for Defendants POSCO AMERICA STEEL CORPORATION and POSCO-CALIFORNIA CORPORATION*

| | |
|---|---|
| Dated:  June 20, 2011 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By:   /s/ Mandy L. Jeffcoach
Marshall C. Whitney (State Bar No. 082952)
Mandy L. Jeffcoach (State Bar No. 232313)
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300

REED SMITH LLP
Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
1301 K St., NW
Suite 1100, East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200

*Counsel for Defendants U.S. STEEL CORPORATION and PITCAL, INC.*

| | |
|---|---|
| Dated:  June 20, 2011 | STEYER, LOWENTHAL BOODROOKAS, ALVAREZ & SMITH LLP |

By:   /s/ Allan Steyer

Allan Steyer (State Bar No. 100318)
One California St., Third Floor
San Francisco, CA 94111
Telephone:  (415) 421-3400

*Counsel for Defendants USS-POSCO Industries*

1 **ORDER**

2 The Scheduling Conference is continued from July 6, 2011 to August 31, 2011 at

3 9:30 a.m. before Judge Snyder.  The Scheduling Report should be filed on or before August 24,

4 2011.

IT IS SO ORDERED.

Dated:   **June 21, 2011**                              **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE