Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone:    (703) 641-4276
Facsimile:    (703) 641-4340

Attorneys for Defendants

UNITED STATES STEEL CORPORATION and
PITCAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**ORDER GRANTING REQUEST ALLOWING DEFENDANTS UNITED STATES STEEL CORPORATION AND PITCAL, INC. TO FILE UNDER SEAL CERTAIN PLEADINGS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Judge:   Hon. Lawrence J. O'Neill |

Defendants UNITED STATES STEEL CORPORATION, a Delaware corporation, and PITCAL, INC., a Delaware corporation (collectively "Defendants") have filed a Request for Order Allowing them to file under seal their (1) Memorandum of Points and Authorities in Support of Motion for Summary Judgment by Defendants United States Steel Corporation and

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER ALLOWING UNITED STATES STEEL, ET AL. TO FILE UNDER SEAL CERTAIN PLEADINGS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pitcal, Inc., (2) Statement of Undisputed Facts in Support of Motion for Summary Judgment by Defendants United States Steel Corporation and Pitcal, Inc., and (3) Declaration of Robert Y. Kopf, III in Support of Motion for Summary Judgment by Defendants United States Steel Corporation and Pitcal, Inc. (collectively the "MSJ Pleadings ).

This Court, having determined that there is a good cause to protect the confidentiality of the information contained in the MSJ Pleadings, hereby **GRANTS** the Defendants' request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the Defendants' (1) Memorandum of Points and Authorities in Support of Motion for Summary Judgment by Defendants United States Steel Corporation and Pitcal, Inc., (2) Statement of Undisputed Facts in Support of Motion for Summary Judgment by Defendants United States Steel Corporation and Pitcal, Inc., and (3) Declaration of Robert Y. Kopf, III in Support of Motion for Summary Judgment by Defendants United States Steel Corporation and Pitcal, Inc.

Within two (2) days of service of this Order, defendants shall file a redacted copy of their papers. The redactions shall be narrowly tailored.

88165/00000-1791407.v1

IT IS SO ORDERED.

Dated:  **August 23, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

[PROPOSED] ORDER ALLOWING UNITED STATES STEEL, ET AL. TO FILE UNDER SEAL CERTAIN PLEADINGS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT