UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-SMS<br><br>**ORDER GRANTING REQUEST TO SEAL UNREDACTED VERSION OF PLAINTIFF'S STATUS REPORT REGARDING DEFENDANTS' SUMMARY JUDGMENT MOTION**<br><br>Judge:    Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company ("Stanislaus"), has requested an order allowing it to file its Status Report Regarding Defendants' Summary Judgment Motion and the Declaration of Eric B. Fastiff in Support of Plaintiff's Request for Denial of Summary Judgment Under Rule 56(d) under seal, because those documents contain information Defendants redacted from their summary judgment submission (the "MSJ Pleadings").

937057.2

This Court, having already determined that there is good cause to protect the confidentiality of the information contained in the MSJ Pleadings (Dkt. 294), hereby **GRANTS** Stanislaus's request and directs the clerk of the Court to file the Status Report Regarding Defendants' Summary Judgment Motion and the Declaration of Eric B. Fastiff in Support of Plaintiff's Request for Denial of Summary Judgment Under Rule 56(d) under seal.  The unredacted Status Report Regarding Defendants' Summary Judgment Motion, Pursuant to the Court's August 30, 2011 Minute Order (Dkt. 305) and the Declaration of Eric B. Fastiff in Support of Plaintiff's Request for Denial of Summary Judgment Under Rule 56(d) shall remain under seal indefinitely, pending further order of this Court.

Within two (2) days of service of this Order, Stanislaus shall file a redacted copy of Plaintiff's Status Report Regarding Defendants' Summary Judgment Motion, Pursuant to the Court's August 30, 2011 Minute Order (Dkt. 305) and the Declaration of Eric B. Fastiff in Support of Plaintiff's Request for Denial of Summary Judgment Under Rule 56(d).  The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:  September 7, 2011         _/s/ Lawrence J. O'Neill_____
                                  Hon. Lawrence J. O'Neill
                                  United States District Judge