1
2
3
4
5
6
7 **IN THE UNITED STATES DISTRICT COURT**
8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10 STANISLAUS FOOD PRODUCTS              CASE NO. CV F 09-0560 LJO SMS
   COMPANY,
11                                       **ORDER VACATING MOTION FOR**
                                         **SUMMARY JUDGMENT**
12                 Plaintiff,
         vs.
13
   USS-POSCO INDUSTRIES, et al.,
14
                 Defendant.
15 _____/

16        The complaint was removed to this Court on March 27, 2009, and after multiple motions to

17 dismiss, defendants answered the complaint on August 8, 2011. On August 29, 2011, all defendants

18 moved for summary judgment pursuant to Rule 56.  A scheduling conference was held recently (Doc.

19 307), but a formal order has not yet been issued, and formal discovery has not been conducted.  Pursuant

20 to this Court's order on August 30, 2011, plaintiff filed a status report and supporting declaration

21 indicating whether plaintiff is able to oppose the summary judgment motion absent discovery.

22        The Court has read the status report and the supporting declaration, as well as defendants'

23 response to the status report.  The Court finds that plaintiff has stated one or more legitimate issues

24 pursuant to Rule 56(d) for which plaintiff will require discovery before it is able to respond to the

25 motion.  Accordingly, the Court VACATES the motion for summary judgment by defendant Pitcal and

26 U.S. Steel, and vacates any joinder in the motion by other defendants.  The motion shall not be reset

27 without permission of either this Court or the Magistrate Judge assigned to this case, or 90 days before

28 the hearing cut-off date for dispositive motions, whichever comes first.

1    This Court is overburdened with in excess of 1800 cases per District Judge, with each case

2  addressing significant and important legal issues and facts as in the current case.  Counsel are required,

3  legally and ethically, to work together and avoid further burdening this Court with gamesmanship and

4  hardball tactics.  Such tactics will not be tolerated.

5    The clerk of the Court is directed to terminate document 297.

6

7  IT IS SO ORDERED.

8  **Dated:**    **September 8, 2011**                    **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

9

2