Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants

UNITED STATES STEEL CORPORATION
and PITCAL, INC.

[Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**STIPULATION BY PLAINTIFF AND DEFENDANTS TO FILE AMENDED ANSWERS; ORDER THEREON**<br><br>Judge:    Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company ("Stanislaus") and Defendants United States Steel Corp., Pitcal, Inc., POSCO-California Corp., POSCO America Steel Corp., and USS-POSCO (collectively, "Defendants") hereby stipulate and agree that:

1.    Defendants filed their Answers to the Third Amended Complaint on August 8, 2011.

2.    Plaintiff sent Defendants a meet and confer letter regarding Defendants' Answers

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION BY PLAINTIFF AND DEFENDANTS TO FILE AMENDED ANSWERS; [PROPOSED] ORDER THEREON [CASE NO. 1:09-CV-00560-LJO-SMS]

on August 18, 2011, wherein Plaintiff set forth a number of deficiencies it contended exist with the Answers.

3. The parties were unable to resolve the issues, and thus Plaintiff filed its Motion to Strike Defendants' Affirmative Defenses Pursuant to Rule 12(f) on August 29, 2011.

4. Consistent with the Court's recent order (Dkt. No. 317), after reviewing Plaintiff's Motion, Defendants have agreed to file Amended Answers.

5. The parties agree that Defendants shall file and serve their Amended Answers to the Third Amended Complaint within 10 days of this Stipulation.  Defendants further agree that their Amended Answers shall not include any new affirmative defenses.

SO STIPULATED AND AGREED:

Dated:  September 12, 2011            LIEFF, CABRASER, HEIMANN &
                                      BERNSTEIN, LLP

                                      By  /s/ Eric B. Fastiff
                                      William Bernstein (State Bar No. 065200)
                                      Joseph R. Saveri (State Bar No. 130064)
                                      Eric B. Fastiff (State Bar No. 182260)
                                      Dean M. Harvey (State Bar No. 250298)
                                      275 Battery Street, 29th Floor
                                      San Francisco, CA 94111-3339
                                      Telephone: (415) 956-1000

                                      *Counsel for Plaintiff Stanislaus Food Products Company*

Dated:  September 12, 2011            McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP

                                      By:     /s/ Mandy L. Jeffcoach
                                      Marshall C. Whitney (State Bar No. 082952)
                                      Mandy L. Jeffcoach (State Bar No. 232313)
                                      P.O. Box 28912
                                      5 River Park Place East
                                      Fresno, CA  93720-1501
                                      Telephone:  (559) 433-1300

                                      REED SMITH LLP
                                      Daniel I. Booker (admitted *pro hac vice*)
                                      Alexander Y. Thomas (admitted *pro hac vice*)
                                      1301 K St., NW
                                      Suite 1100, East Tower
                                      Washington, D.C. 20005
                                      Telephone:  (202) 414-9200

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION BY PLAINTIFF AND DEFENDANTS TO FILE AMENDED ANSWERS; [PROPOSED] ORDER THEREON [CASE NO. 1:09-CV-00560-LJO-SMS]

*Counsel for Defendants U.S. STEEL CORPORATION and PITCAL, INC.*

Dated:  September 12, 2011                AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/ Reginald D. Steer
Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone:  (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
John W. Berry (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-8075

*Counsel for Defendants POSCO America Steel Corporation and POSCO-California Corporation*

Dated:  September 12, 2011                STEYER LOWENTHAL BOODROOKAS
                                           ALVAREZ & SMITH LLP

By:   /s/ Allan Steyer
Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
One California Street, Third Floor
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234

Christopher A. Conkling (State Bar No. 89118)
Cory S. Anderson (State Bar No. 154672)
USS-POSCO Industries
P.O. Box 471
Pittsburg, CA 94565

*Counsel for Defendant USS-POSCO INDUSTRIES*

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION BY PLAINTIFF AND DEFENDANTS TO FILE AMENDED ANSWERS; [PROPOSED] ORDER THEREON [CASE NO. 1:09-CV-00560-LJO-SMS]

**ORDER**

Having read the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendants United States Steel Corp., PITCAL, Inc., POSCO-California Corp., POSCO America Steel Corp., and USS-POSCO Industries shall file their Amended Answers to the Third Amended Complaint on or before September 22, 2011. IT IS FURTHER ORDERED that the Amended Answers shall not include any new affirmative defenses.

IT IS SO ORDERED.

Dated: __September 13, 2011__          ___/s/ Lawrence J. O'Neill___
                                      UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION BY PLAINTIFF AND DEFENDANTS TO FILE AMENDED ANSWERS; [PROPOSED] ORDER THEREON [CASE NO. 1:09-CV-00560-LJO-SMS]