1   Mandy L. Jeffcoach, # 232313
    McCormick, Barstow, Sheppard,
2   Wayte & Carruth LLP
    5 River Park Place East
3   Fresno, CA  93720-1501
    Telephone:     (559) 433-1300
4   Facsimile:     (559) 433-2300

5   Daniel I. Booker (admitted *pro hac vice*)
    Alexander Y. Thomas (admitted *pro hac vice*)
6   REED SMITH LLP
    3110 Fairview Park Drive, Suite 1400
7   Falls Church, VA 22042
    Telephone:     (703) 641-4276
8   Facsimile:     (703) 641-4340

9   Attorneys for Defendants

10  UNITED STATES STEEL CORPORATION and
    PITCAL, INC.
11

12                    UNITED STATES DISTRICT COURT

13          EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

14

15  STANISLAUS FOOD PRODUCTS          Case No. 1:09-cv-00560-LJO-SMS
    COMPANY, a California corporation,
16                                    **ORDER GRANTING REQUEST ALLOWING**
                Plaintiff,            **DEFENDANTS UNITED STATES STEEL**
17                                    **CORPORATION AND  PITCAL, INC. TO**
    v.                                **FILE UNDER SEAL THEIR AMENDED**
18                                    **AFFIRMATIVE DEFENSES OF**
    USS-POSCO INDUSTRIES, a California **DEFENDANTS  UNITED STATES STEEL**
19  partnership; PITCAL, INC., a Delaware **CORPORATION AND PITCAL, INC. TO**
    corporation; POSCO-CALIFORNIA     **PLAINTIFF'S THIRD AMENDED**
20  CORPORATION, a Delaware corporation; **COMPLAINT**
    UNITED STATES STEEL
21  CORPORATION, a Delaware corporation;
    POSCO AMERICA STEEL              Judge:   Hon. Lawrence J. O'Neill
22  CORPORATION, a Delaware corporation,

23              Defendants.

24

25          Defendants UNITED STATES STEEL CORPORATION, a Delaware corporation, and

26  PITCAL, INC., a Delaware corporation (collectively "Defendants") have filed a Request for

27  Order Allowing them to file under seal their Amended Affirmative Defenses of Defendants

28  United States Steel Corporation and Pitcal, Inc. to Plaintiff's Third Amended Complaint (the

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER ALLOWING UNITED STATES STEEL, ET AL. TO FILE UNDER SEAL AMENDED
AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT

"Amended Affirmative Defenses").

   This Court, having determined that there is a good cause to protect the confidentiality of the information contained in the Amended Affirmative Defenses, hereby **GRANTS** the Defendants' request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the Defendants' Amended Affirmative Defenses of Defendants United States Steel Corporation and Pitcal, Inc. to Plaintiff's Third Amended Complaint.

   Within one (1) day of service of this Order, Defendants shall file a redacted copy of their papers.  The redactions shall be narrowly tailored.

88165/00000-1805271.v1

IT IS SO ORDERED.

   Dated:   **September 23, 2011**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER ALLOWING UNITED STATES STEEL, ET AL. TO FILE UNDER SEAL AMENDED
AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT