UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING REQUEST TO SEAL**<br><br>Judge:   Hon. Magistrate Judge Barbara A. McAuliffe |

Plaintiff Stanislaus Food Products Company ("Stanislaus"), has requested an order allowing it to file unredacted versions of the Joint Statement Regarding Plaintiff Stanislaus Food Products' Motion to Compel Discovery, and the supporting Declaration of Eric B. Fastiff, under seal, because those documents contain information Defendants have designated either "confidential" or "highly confidential" pursuant to the Protective Order. (*See* Dkt. No. 336.)

937057.3

[PROPOSED] ORDER GRANTING PLTF'S REQUEST TO SEAL

1  This Court, having determined that there is good cause to protect the confidentiality of the
2  information contained in these documents, hereby **GRANTS** Stanislaus's request and directs the
3  clerk of the Court to file the Joint Statement Regarding Plaintiff Stanislaus Food Products'
4  Motion to Compel Discovery, and the supporting Declaration of Eric B. Fastiff, under seal.
5  These documents shall remain under seal indefinitely, pending further order of this Court.
6  Within two (2) days of service of this Order, Stanislaus shall file redacted copies of the
7  Joint Statement Regarding Plaintiff Stanislaus Food Products' Motion to Compel Discovery, and
8  the supporting Declaration of Eric B. Fastiff.  The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:   **April 23, 2012**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

937057.3                           - 2 -