UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING REQUEST TO SEAL**<br><br>Judge: Hon. Magistrate Judge Barbara A. McAuliffe |

Defendant United States Steel ("U. S. Steel") has requested an order allowing it to file unredacted versions of its Objection to Plaintiff's Joint Statement and Request for Continuance, and the supporting Declaration of P. Gavin Eastgate, under seal, because these documents contain information that Defendants have designated either "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order Governing Discovery in this case. Doc. 336.

U. S. Steel makes this request pursuant to Local Rule 141 based upon all pleadings, papers and records on file in this action, and any oral argument presented to the Court.

Having determined that there is good cause to protect the confidentiality of the information contained in these documents, this Court hereby GRANTS Defendant U. S. Steel's request and directs the clerk of the Court to file U. S. Steel's Objection to Plaintiff's Joint Statement Regarding its Motion to Compel and Request for Continuance, and the supporting Declaration of P. Gavin Eastgate, under seal.  These documents shall remain under seal indefinitely, pending further order of this Court.  Within two (2) days of service of this Order, U. S. Steel shall file redacted copies of the Objection to Plaintiff's "Joint Statement" Regarding its Motion to Compel and Request for Continuance and the supporting Declaration of P. Gavin Eastgate.  Redacted copies shall be filed for the public record.

IT IS SO ORDERED.

Dated:   **April 25, 2012**                              /s/ *Barbara A. McAuliffe*
                                                                           UNITED STATES MAGISTRATE JUDGE