UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENT**<br><br>Judge: Hon. Magistrate Judge Barbara A. McAuliffe |

Defendant United States Steel ("U. S. Steel") has requested an order allowing it to file an unredacted version of its Memorandum in Opposition to Plaintiff's Motion to Compel and in Support of its Cross-Motion for Protective Order, under seal, because this document contains information designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order Governing Discovery in this case. (Doc. 367, 368.) U. S. Steel makes this request

pursuant to Local Rule 141 based upon all pleadings, papers and records on file in this action, and any oral argument presented to the Court.

Having determined that there is good cause to protect the confidentiality of the information contained in this document, this Court hereby GRANTS Defendant U. S. Steel's request and directs the clerk of the Court to file the unredacted version of Defendant U. S. Steel's Memorandum in Opposition to Plaintiff's Motion to Compel and in Support of its Cross-Motion for Protective Order under seal.  This document shall remain under seal indefinitely, pending further order of this Court. Within two (2) days of service of this Order, U. S. Steel shall file a redacted copy of its Memorandum in Opposition to Plaintiff's Motion to Compel and in Support of its Cross-Motion for Protective Order for the public record.

IT IS SO ORDERED.

Dated:   **May 1, 2012**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE