1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          (FRESNO DIVISION)

11

12  STANISLAUS FOOD PRODUCTS            Case No.  1:09-CV-00560-LJO-BAM
    COMPANY, a California corporation,
13                                      **ORDER GRANTING REQUEST TO SEAL**

14                 Plaintiff,

15           v.

16  USS-POSCO INDUSTRIES, a California
    partnership; PITCAL, INC., a Delaware
17  corporation; POSCO-CALIFORNIA
    CORPORATION, a Delaware corporation;
18  UNITED STATES STEEL
    CORPORATION, a Delaware corporation;
19  POSCO AMERICA STEEL
    CORPORATION, a Delaware corporation,
20
21                 Defendants.

22

23          Plaintiff Stanislaus Food Products Company ("Stanislaus") has requested an order

24  allowing it to file under seal unredacted versions of its Reply Regarding Custodians for 2010 and

25  2011 Discovery and the supporting Declaration of Eric B. Fastiff because those documents

26  contain information Defendants have designated "highly confidential" pursuant to the Protective

27  Order.  (*See* Dkt. No. 336.)

28

1044180.1

ORDER GRANTING PLTF'S REQUEST TO SEAL

PDF created with pdfFactory trial version www.pdffactory.com

1        This Court, having determined that there is good cause to protect the confidentiality of the

2   information contained in these documents, hereby **GRANTS** Stanislaus's request and directs the

3   Clerk of the Court to file under seal Plaintiff's Reply Regarding Custodians for 2010 and 2011

4   Discovery and the supporting Declaration of Eric B. Fastiff.  These documents shall remain under

5   seal indefinitely, pending further order of this Court.

6        Within two (2) days of service of this Order, Stanislaus shall file in the public record

7   redacted copies of Plaintiff's Reply Regarding Custodians for 2010 and 2011 Discovery and the

8   supporting Declaration of Eric B. Fastiff.  The redactions shall be narrowly tailored.

9

10        IT IS SO ORDERED.

11   **Dated:  July 1, 2012**                           **/s/ Barbara A McAuliffe**

12                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLTF'S REQUEST TO SEAL

PDF created with pdfFactory trial version www.pdffactory.com