Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
Gabriel D. Zeldin (State Bar No. 273818)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234

Christopher A. Conkling (State Bar No. 89118)
Cory S. Anderson (State Bar No. 154672)
USS POSCO Industries
P.O. Box 471
Pittsburg, CA 94565

Attorneys for Defendant
USS-POSCO Industries

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>USS-POSCO INDUSTRIES, a California partnership, PITCAL, Inc., a Delaware corporation, POSCO-CALIFORNIA CORPORATION, a Delaware corporation, UNITED STATES STEEL CORPORATTION, a Delaware corporation, POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.:  1:09-cv-00560-LJO-BAM<br><br>**ORDER MODIFYING CASE SCHEDULE** |

1. Plaintiff Stanislaus Food Products Company ("Plaintiff") and defendants United States Steel Corp., Pitcal, Inc., POSCO-California Corp., POSCO America Steel Corp. and USS-POSCO Industries ("Defendants") hereby stipulate by and through their counsel as follows:

WHEREAS, on September 12, 2011, the Court issued a Scheduling Conference Order (Document 320), setting the fact discovery and expert witness disclosure and production of expert witness report deadlines on September 7, 2012.

WHEREAS, the parties have agreed to continue the fact discovery and expert witness disclosure and production of expert witness report deadlines in this action subject to certain conditions set forth below and the Court's approval.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The September 7, 2012 deadline for completion of fact discovery shall be continued to September 28, 2012;

2. The September 7, 2012 deadline for expert witness reports and disclosure shall be continued to November 9, 2012; and

3. The parties will cooperate with each other in setting expert witness depositions on mutually agreeable dates.

4. The pre-trial conference and trial date will not be changed as a result of this stipulation.

SO STIPULATED AND AGREED:

Dated: August 2, 2012

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: /s/ Lucas E. Gilmore
Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
One California Street, Third Floor San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234


Christopher A. Conkling (State Bar No. 89118)
Cory S. Anderson (State Bar No. 154672)

```
 1                                      USS-POSCO Industries
                                        P.O. Box 471
 2                                      Pittsburg, CA 94565

 3                                      Counsel for Defendant USS-POSCO INDUSTRIES

 4
     Dated: August 2, 2012               LIEFF, CABRASER, HEIMANN &
 5                                       BERNSTEIN, LLP

 6
                                         By: /s/ Marc A. Pilotin
 7                                        William Bernstein (State Bar No. 65200)
                                         Eric B. Fastiff (State Bar No. 182260)
 8                                       Dean M. Harvey (State Bar No. 250298)
                                         Marc A. Pilotin (State Bar No. 266369)
 9                                       275 Battery Street, 29th Floor
                                         San Francisco, CA 94111-3339
10                                       Telephone: (415) 956-1000

11
                                         Counsel for Plaintiff Stanislaus Food Products
12                                       Company

13

14   Dated: August 2, 2012               McCORMICK, BARSTOW, SHEPPARD,
                                           WAYTE & CARRUTH LLP
15

16
                                         By: /s/ Marshall C. Whitney
17                                       Marshall C. Whitney (State Bar No. 082952)
                                         Mandy L. Jeffcoach (State Bar No. 232313)
18                                       P.O. Box 28912
                                         5 River Park Place East
19                                       Fresno, CA 93720-1501
                                         Telephone: (559) 433-1300
20
                                         REED SMITH LLP
21                                       P. Gavin Eastgate (admitted pro hac vice)
                                         Daniel I. Booker (admitted pro hac vice)
22                                       Alexander Y. Thomas (admitted pro hac vice)
                                         1301 K St., NW
23                                       Suite 1100, East Tower
                                         Washington, D.C. 20005
24                                       Telephone: (202) 414-9200

25                                       Counsel for Defendants UNITED STATES STEEL
                                         CORPORATION and PITCAL, INC.
26

27   Dated: August 2, 2012               AKIN GUMP STRAUSS HAUER & FELD LLP

28                                       By: /s/ Reginald D. Steer
```

Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
Nicholas C. Adams (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-8075

*Counsel for Defendants POSCO America Steel Corporation and POSCO-California Corporation*

# ORDER

The Court, having considered the parties' stipulation and the arguments of counsel at the informal discovery conference, finds that good cause exists to continue the discovery and pretrial deadlines to the following dates:

| | | |
|---|---|---|
| 1. | **Non-Expert Discovery Cutoff:** | September 28, 2012 |
| 2. | **Expert Disclosures:** | October 24, 2012 |
| 3. | **Rebuttal Expert Disclosures:** | November 9, 2012 |
| 4. | **Expert Discovery Cutoff:** | December 10, 2012 |
| 5. | **Dispositive Motion Filing:** | December 10, 2012 |
| 6. | **Dispositive Motion Hearing:** | January 20, 2013 |
| 7. | **Settlement Conference:** | TBD, before Judge McAuliffe |

The Pretrial Conference and Jury Trial dates will remain as set in the September 11, 2011 Scheduling Order. (Doc. 320).

IT IS SO ORDERED.

Dated:   **August 3, 2012**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE