Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

REED SMITH LLP
Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
1301 K St., NW
Suite 1100, East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200
Facsimile:  (202) 414-9299

REED SMITH LLP
P. Gavin Eastgate (admitted *pro hac vice*)
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
Telephone:  (412) 288-5710
Facsimile:  (412) 288-3063

THE LAW DEPARTMENT OF
UNITED STATES STEEL CORPORATION
J. Michael Jarboe (admitted *pro hac vice*)
600 Grant Street, Suite 1501
Pittsburgh, PA 15219
Telephone:  (412) 433-2880
Facsimile:  (412) 433-2811

*Attorneys for Defendant*
UNITED STATES STEEL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,**<br><br>**Plaintiff,**<br><br>v.<br><br>**USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,**<br><br>**Defendants.** | Case No. 1:09-CV-00560-LJO-BAM<br><br>**ORDER FOR REDACTION OF MAY 25, 2012 TRANSCRIPT**<br><br>Judge:   Hon. Magistrate Judge Barbara A. McAuliffe |

## ORDER

On behalf of all parties to this action, Defendant United States Steel ("U. S. Steel") has filed a Joint Stipulation for Redaction of certain confidential, proprietary, and highly sensitive information referenced in the transcript of the proceedings held before this Court on the May 25, 2012 (Doc.

393) in the above-captioned matter at the following page and line numbers: 11:20-24; 15:6-14; 18:10-12; 29:13; 32:20-21; 33:1-4; 33:17; 33:20-24; 34:9-10; 35:4-7; 39:18-20.

Having determined that the parties' request is narrowly tailored to the redaction of highly sensitive information and that there is good cause to protect the confidentiality of the information contained in this document at the above-mentioned page and line numbers, the parties' Joint Stipulation is **GRANTED**.

IT IS SO ORDERED.

Dated: **August 7, 2012**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE