1  Allan Steyer (State Bar No. 100318)
   D. Scott Macrae (State Bar No. 104663)
2  Lucas E. Gilmore (State Bar No. 250893)
   STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Christopher A. Conkling (State Bar No. 89118)
   Cory S. Anderson (State Bar No. 154672)
7  USS POSCO Industries
   P.O. Box 471
8  Pittsburg, CA 94565

9  Attorneys for Defendant
   USS-POSCO Industries

10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13                                 (FRESNO)

14

15 | STANISLAUS FOOD PRODUCTS       ) | Case No.: 1:09-cv-00560-LJO-BAM
   | COMPANY, a California corporation, )|
16 |                                 ) | STIPULATION AND ORDER FOR
   |            Plaintiff,           ) | REDACTION OF JUNE 22, 2012
17 |                                 ) | TRANSCRIPT
   |     vs.                         ) |
18 |                                 ) | Judge: Hon. Magistrate Judge Barbara A.
   | USS-POSCO INDUSTRIES, a California ) |    McAuliffe
19 | business entity, and DOES 1-200, ) |
   |                                 ) |
20 |            Defendants.          ) |
   |                                 ) |

21

22

23

24

25

26

27

28

1   On behalf of all parties to this action, Defendant USS-POSCO Industries has filed a Joint
2   Stipulation for Redaction of certain confidential, proprietary, and highly sensitive information
3   referenced in the transcript of the proceedings held before this Court on June 22, 2012 (Dkt. No.
4   401) in the above-captioned matter at the following page and line numbers: 6:11-15; 16:18-21;
5   28:2-4; 28:6; 28:9-10.

6   Having determined that the parties request is narrowly tailored to the redaction of highly
7   sensitive information, the Court finds that there is good cause to protect the confidentiality of the
8   information contained in this document at the above-mentioned page and line numbers. The parties
9   joint stipulation is GRANTED.

10  IT IS SO ORDERED.

11  Dated:   **August 21, 2012**          /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE

- 1 -