William Bernstein (State Bar No. 065200)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
Marc A. Pilotin (State Bar No. 266369)
Joseph P. Forderer (State Bar No. 278774)
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

[Additional Counsel Listed On Signature Page]

*Attorneys for Plaintiff Stanislaus Food Products Co.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-BAM<br><br>**STIPULATION AND ORDER MODIFYING STIPULATED PROTECTIVE ORDER**<br><br>Judge:      Hon. Barbara A. McAuliffe |

WHEREAS, during the August 3, 2012 informal telephonic conference, Plaintiff Stanislaus Food Products Company made an oral request to modify the procedure in the Stipulated Protective Order (Dkt. No. 336) regarding judicial intervention in challenges to confidentiality designations;

WHEREAS, the Court directed the parties to meet and confer regarding Plaintiff's request (Dkt. No. 408); and

1  WHEREAS the parties have met and conferred and agreed to changes to the

2  Stipulated Protective Order;

3  NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel

4  on behalf of the parties identified below that the following changes be made to the Stipulated

5  Protective Order (Dkt. No. 336):

Dkt. No. 336, Page 7, Line 21: Replace "14" with "10."

Dkt. No. 336, Page 8, Lines 3-15: Replace the first paragraph of section 6.3 with, "If the Parties cannot resolve a challenge without court intervention, the Challenging Party may contact the chambers of the relevant magistrate judge to schedule a hearing that will take place not less than 14 days from the date the parties hold the required meet and confer session.  Not less than twelve days preceding the hearing date, the Challenging Party shall file a brief that states its challenge and its reasons for the challenge.  The Designating Party shall respond seven days after the date the Challenging Party's brief is filed.  Subject to the Court's availability, the parties shall schedule a hearing as soon as reasonably possible."

Dkt. No. 336, Page 8, Lines 19-22: Delete the first clause of the sentence so that the sentence reads, "All parties shall continue to afford the material in question the level of protection to which it is entitled under the Producing Party's designation until the Court rules on the challenge."

**IT IS SO STIPULATED.**

Dated:  August 29, 2012              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____/s/ *Marc A. Pilotin*_____

William Bernstein (State Bar No. 065200)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
Marc A. Pilotin (State Bar No. 266369)
Joseph P. Forderer (State Bar No. 278774)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

G. Kip Edwards  
P.O. Box 1979  
Kings Beach, CA  96143-1979  
Telephone:  (530) 546-5892  

*Counsel for Plaintiff Stanislaus Food Products Company*

Dated:  August 29, 2012     REED SMITH LLP

By:   /s/  *P. Gavin Eastgate* (as authorized on 8/29/2012)

P. Gavin Eastgate (admitted *pro hac vice*)  
225 Fifth Avenue, Suite 1200  
Pittsburgh, PA 15222  
Telephone: (412) 288-5710  
Facsimile: (412) 288-3063  

REED SMITH LLP  
Daniel I. Booker (admitted *pro hac vice*)  
Alexander Y. Thomas (admitted *pro hac vice*)  
1301 K St., NW  
Suite 1100, East Tower  
Washington, D.C. 20005  
Telephone:  (202) 414-9200  

McCORMICK, BARSTOW, SHEPPARD,  
  WAYTE & CARRUTH LLP  

Marshall C. Whitney (State Bar No. 082952)  
Mandy L. Jeffcoach (State Bar No. 232313)  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:  (559) 433-1300  

THE LAW DEPARTMENT OF UNITED STATES STEEL CORPORATION  
J. Michael Jarboe (admitted *pro hac vice*)  
600 Grant Street, Suite 1501  
Pittsburgh, PA 15219  
Telephone: (412) 433-2880  
Facsimile: (412) 433-2811  

*Counsel for Defendants U.S. Steel Corporation and Pitcal, Inc.*

| | | |
|---|---|---|
| 1 | Dated: August 29, 2012 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | | By:   /s/ *Reginald D. Steer*  (as authorized on 8/28/2012) |

Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:  (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
Nicholas C. Adams (admitted *pro hac vice*)
One Bryant Park
New York, NY  10036
Telephone:  (212) 872-8075

*Counsel for Defendants POSCO America Steel Corporation and POSCO-California Corporation*

Dated: August 29, 2012     STEYER, LOWENTHAL BOODROOKAS, ALVAREZ & SMITH LLP

By:   /s/ *Lucas E. Gilmore*  (as authorized on 8/29/2012)

Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
One California St., Third Floor
San Francisco, CA  94111
Telephone:  (415) 421-3400

*Counsel for Defendant USS-POSCO Industries*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **August 30, 2012**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE