William Bernstein (State Bar No. 065200)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
Marc A. Pilotin (State Bar No. 266369)
Joseph P. Forderer (State Bar No. 278774)
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

[Additional Counsel Listed On Signature Page]

*Attorneys for Plaintiff Stanislaus Food Products Co.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-BAM<br><br>**STIPULATION AND ORDER MODIFYING CASE SCHEDULE TO ALLOW TWO DEPOSITIONS AFTER FACT-DISCOVERY CUTOFF**<br><br>Judge:        Hon. Barbara A. McAuliffe |

WHEREAS, on July 30, 2012, counsel for Plaintiff Stanislaus Food Products

Company contacted counsel for non-party Silgan Containers Corporation to schedule the

deposition of Silgan Containers Corporation President Thomas J. Snyder;

WHEREAS, on August 13, 2012, counsel for Stanislaus noticed the deposition of

Defendant United States Steel Corporation Chairman and Chief Executive Officer John Surma for

August 31, 2012;

WHEREAS counsel for Silgan has provided October 2, 2012 as the earliest date Mr. Snyder is available for deposition;

WHEREAS counsel for Defendants U.S. Steel and Pitcal, Inc. has provided October 5, 2012 as the date Mr. Surma is available for deposition; and

WHEREAS the Non-Expert Discovery Cutoff is September 28, 2012 (Dkt. No. 411).

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified below that the deposition of Mr. Snyder be permitted to take place on October 2, 2012, after the Non-Expert Discovery Cutoff; and

IT IS FURTHER STIPULATED that the deposition of Mr. Surma be permitted to take place on October 5, 2012, after the Non-Expert Discovery Cutoff.

**IT IS SO STIPULATED.**

Dated:  September 6, 2012         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  _____/s/ *Marc A. Pilotin*_____

William Bernstein (State Bar No. 065200)
Eric B. Fastiff (State Bar No. 182260)
Dean M. Harvey (State Bar No. 250298)
Marc A. Pilotin (State Bar No. 266369)
Joseph P. Forderer (State Bar No. 278774)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

G. Kip Edwards
P.O. Box 1979
Kings Beach, CA  96143-1979
Telephone:  (530) 546-5892

*Counsel for Plaintiff Stanislaus Food Products Company*

| | | |
|---|---|---|
| 1 | Dated:  September 6, 2012 | REED SMITH LLP |
| 2 | | By:    /s/  *P. Gavin Eastgate* (as authorized on 9/6/2012) |

P. Gavin Eastgate (admitted *pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-5710
Facsimile: (412) 288-3063

REED SMITH LLP
Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
1301 K St., NW
Suite 1100, East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200

McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP

Marshall C. Whitney (State Bar No. 082952)
Mandy L. Jeffcoach (State Bar No. 232313)
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300

THE LAW DEPARTMENT OF UNITED STATES STEEL CORPORATION
J. Michael Jarboe (admitted *pro hac vice*)
600 Grant Street, Suite 1501
Pittsburgh, PA 15219
Telephone: (412) 433-2880
Facsimile: (412) 433-2811

*Counsel for Defendants U.S. Steel Corporation and Pitcal, Inc.*

Dated:  September 6, 2012          AKIN GUMP STRAUSS HAUER & FELD LLP

By:    /s/  *Reginald D. Steer*  (as authorized on 9/6/2012)

Reginald D. Steer (State Bar No. 56324)
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:  (415) 765-9520

Steven M. Pesner (admitted *pro hac vice*)
Nicholas C. Adams (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-8075

*Counsel for Defendants POSCO America Steel Corporation and POSCO-California Corporation*

Dated: September 6, 2012        STEYER, LOWENTHAL BOODROOKAS, ALVAREZ & SMITH LLP

By:  /s/ *Lucas E. Gilmore*  (as authorized on 9/6/2012)

Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Lucas E. Gilmore (State Bar No. 250893)
One California St., Third Floor
San Francisco, CA 94111
Telephone: (415) 421-3400

*Counsel for Defendant USS-POSCO Industries*

# **ORDER**

The Court, having considered the parties' stipulation, finds that good cause exists to allow the depositions of Thomas J. Snyder and John Surma to take place after the September 28, 2012 non-expert discovery cut-off.   All other dates remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 10, 2012**            /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE