UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING REQUESTS TO SEAL DOCUMENTS (No. 425, 427, 430)**<br><br>Judge: Hon. Magistrate Judge Barbara A. McAuliffe |

Currently pending before the Court are the requests of Stanislaus Food Products Company (Doc. 425), United States Steel Corporation and Pitcal, Inc. (Doc. 427), and USS-POSCO Industries (Doc. 430) to seal documents regarding Stanislaus' Motion for an Order Requiring De-Designation of Certain discovery Materials.  Briefing related to Stanislaus' Motion concerns documents designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order governing discovery in this case.  (Doc. 336.)

Having determined that there is good cause to protect the confidentiality of the information contained in the parties' briefs, the Court hereby GRANTS the parties' requests to file their briefs under seal.  (Doc. 425, 427, 430.)  The clerk of the Court is directed to file unredacted versions of the parties' briefs the exhibits attached thereto under seal.  These documents shall remain under seal indefinitely, pending further order of this Court.  Within two (2) days of service of this Order, the parties shall file a redacted copy of their briefs for the public record.

IT IS SO ORDERED.

Dated:   **October 12, 2012**              /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE