UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING REQUEST TO SEAL** |

Because of its obligation under the Stipulated Protective Order (Dkt. No. 336), Plaintiff Stanislaus Food Products Company ("Stanislaus") requested an order allowing it to file under seal an unredacted version of Plaintiff's Application for Reconsideration of the Court's Minute Order of October 25, 2012 Denying Plaintiff's Motion for Order Requiring De-Designation of Certain Discovery Materials because the application contains information designated "highly confidential" pursuant to the Stipulated Protective Order.

1064952.1

1   This Court determines that there is good cause to protect the confidentiality of the
2   information contained in Stanislaus's Application for Reconsideration and hereby **GRANTS**
3   Stanislaus's request and directs the clerk of the Court to file under seal Plaintiff's Application for
4   Reconsideration of the Court's Minute Order of October 25, 2012 Denying Plaintiff's Motion for
5   Order Requiring De-Designation of Certain Discovery Materials.  The document shall remain
6   under seal indefinitely, pending further order of this Court.

7   Within two (2) days of service of this Order, Stanislaus shall file in the public record a
8   redacted version of the Application for Reconsideration of the Court's Minute Order of October
9   25, 2012 Denying Plaintiff's Motion for Order Requiring De-Designation of Certain Discovery
10  Materials.  The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:   **November 8, 2012**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE