UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFF STANISLAUS FOOD PRODUCTS COMPANY'S REQUEST FOR REDACTION OF THE TRANSCRIPT OF THE COURT'S OCTOBER 25, 2012 HEARING**<br><br>Judge:   Hon. Barbara A. McAuliffe |

Plaintiff Stanislaus Food Products Company ("Stanislaus") has requested certain redactions of the transcript of the Court's October 25, 2012 Hearing on Plaintiff's Motion for Order Requiring De-Designation of Certain Discovery Materials (Dkt. No. 448). Specifically, Stanislaus has asked the Court to require that the material located at the following page and line numbers be redacted: 8:1-10, 14:10-15, 17:18-20, 18:3-5, and 18:14-16.

The Court determines that there is good cause to protect the confidentiality of the information contained at the page and line numbers listed above and hereby **GRANTS**

Stanislaus's Request for Redaction of the Transcript of the Court's October 25, 2012 Hearing. Before filing the transcript from that hearing in the public record, the Court Reporter shall redact the material at the following page and line numbers: 8:1-10, 14:10-15, 17:18-20, 18:3-5, and 18:14-16.

IT IS SO ORDERED.

Dated:   **November 16, 2012**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE