MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, # 232313
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

REED SMITH LLP
Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
1301 K St., NW
Suite 1100, East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200
Facsimile:  (202) 414-9299

*Attorneys for Defendants*
*UNITED STATES STEEL CORPORATION &*
*PITCAL, INC.*

*[Additional counsel listed on signature page]*

REED SMITH LLP
P. Gavin Eastgate (admitted *pro hac vice*)
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-5710
Facsimile: (412) 288-3063

THE LAW DEPARTMENT OF
UNITED STATES STEEL
CORPORATION
J. Michael Jarboe (admitted *pro hac vice*)
600 Grant Street, Suite 1501
Pittsburgh, PA 15219
Telephone: (412) 433-2880
Facsimile: (412) 433-2811

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation;<br><br>            Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**ORDER GRANTING JOINT MOTION ALLOWING DEFENDANTS TO FILE UNDER SEAL THEIR MOTION FOR SUMMARY JUDGMENT AND EVIDENTIARY SUPPORT**<br><br>*Court Language Added.*<br><br>Judge:   Hon. Lawrence J. O'Neill<br><br>Trial Date:    April 8, 2013 |

1    Defendants USS-POSCO INDUSTRIES, PITCAL, INC., POSCO-CALIFORNIA CORPORATION, UNITED STATES STEEL CORPORATION, and POSCO AMERICA STEEL CORPORATION have filed a Joint Motion for an Order allowing them to file under seal their (1) Joint Motion and Memorandum of Points and Authorities in Support of their Motion for Summary Judgment (2) Joint Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, and (3) their Appendix of Exhibits in Support of their Motion for Summary Judgment.

This Court, having determined that there is a good cause to protect the confidentiality of the information contained in the above-referenced materials, hereby GRANTS Defendants' Joint Motion and directs the Clerk of the Court to file under seal the complete, unredacted versions of the aforementioned materials.

Within five (5) business days of service of this Order, Defendants shall file a redacted copy of the Motion and Memorandum. The redactions shall be narrowly tailored.

For good cause shown, IT IS SO ORDERED.

**This Court FURTHER ORDERS defendants to provide chambers courtesy copies of all of their unredacted papers on the date of filing.**

IT IS SO ORDERED.

Dated:   **December 7, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER GRANTING JOINT MOTION ALLOWING DEFENDANTS TO FILE UNDER SEAL THEIR MOTION FOR SUMMARY JUDGMENT AND EVIDENTIARY SUPPORT