UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFF STANISLAUS FOOD PRODUCTS COMPANY'S REQUEST TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:    Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company ("Stanislaus") requested an order allowing it to file under seal (1) Stanislaus's Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion for Summary Judgment, (2) Stanislaus's Response to Defendants' Joint Statement of Undisputed Material Facts, (3) Stanislaus's Statement of Disputed Facts, (4) the Declaration of Eric B. Fastiff in Support of Stanislaus's Opposition, and (5) the Declaration of

1073993.1

Thomas Cortopassi in Support of Stanislaus's Opposition because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 336).

This Court determines that there are compelling reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Stanislaus's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced materials. These documents shall remain under seal indefinitely, pending further order of this Court.

Within five (5) days of service of this Order, Stanislaus shall file electronically in the public record a redacted version of Stanislaus's Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion for Summary Judgment. The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:   **January 9, 2013**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE