Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, # 232313
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

REED SMITH LLP
Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
1301 K St., NW
Suite 1100, East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200
Facsimile:  (202) 414-9299

REED SMITH LLP
P. Gavin Eastgate (admitted *pro hac vice*)
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-5710
Facsimile: (412) 288-3063

THE LAW DEPARTMENT OF
UNITED STATES STEEL
CORPORATION
J. Michael Jarboe (admitted *pro hac vice*)
600 Grant Street, Suite 1501
Pittsburgh, PA 15219
Telephone: (412) 433-2880
Facsimile: (412) 433-2811

*Attorneys for Defendants*
*UNITED STATES STEEL CORPORATION &*
*PITCAL, INC.*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation;<br><br>        Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**ORDER GRANTING JOINT REQUEST ALLOWING DEFENDANTS TO FILE UNDER SEAL REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND EVIDENTIARY SUPPORT**<br><br>Judge:   Hon. Lawrence J. O'Neill<br><br>Trial Date:      April 9, 2013 |

Defendants USS-POSCO INDUSTRIES, PITCAL, INC., POSCO-CALIFORNIA CORPORATION, UNITED STATES STEEL CORPORATION, and POSCO AMERICA STEEL

1

CORPORATION have filed a Joint Request for an Order Allowing them to file under seal their Joint Reply to Opposition to Motion for Summary Judgment, Defendants' Joint Reply to Plaintiff's Response to Joint Statement of Undisputed Material Facts, Joint Objections to Plaintiff's Evidence (and proposed order), Defendants' Evidentiary Objections to the Report of Plaintiff's Expert Gordon C. Rausser, PhD, and Defendants' Joint Responses and Objections to Plaintiff's Statement of Disputed Facts, and Joint Reply to Plaintiff's Statement of Disputed Facts (collectively the "Reply Papers").

This Court, having determined that there is a good cause to protect the confidentiality of the information contained in the Reply Papers, hereby GRANTS Defendants' Joint Request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the aforementioned materials.

Within five court (5) days of service of this Order, Defendants shall file a redacted copy of the Joint Reply to Opposition to Motion for Summary Judgment. The redactions shall be narrowly tailored.

For good cause shown, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **January 14, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
[PROPOSED] ORDER GRANTING JOINT REQUEST ALLOWING DEFENDANTS TO FILE UNDER SEAL REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND EVIDENTIARY SUPPORT