UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  1:09-CV-00560-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFF STANISLAUS FOOD PRODUCTS COMPANY'S REQUEST TO SEAL PLAINTIFF'S RESPONSE TO THE COURT'S JANUARY 18, 2013 ORDER**<br><br>Judge:   Hon. Lawrence J. O'Neill |

Plaintiff Stanislaus Food Products Company ("Stanislaus") requested an order allowing it to file under seal unredacted versions of (1) Stanislaus's Response to the Court's January 18, 2013 Order and (2) the Declaration of Eric B. Fastiff in Support of Stanislaus's Response because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order

1076277.1

(Dkt. No. 336).

This Court determines that there are compelling reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Stanislaus's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced materials. These documents shall remain under seal indefinitely, pending further order of this Court.

Within five (5) days of service of this Order, Stanislaus shall file electronically in the public record redacted versions of Stanislaus's Response to the Court's January 18, 2013 Order and the supporting Fastiff Declaration. The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:   **January 24, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE