Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, # 232313
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

REED SMITH LLP
Daniel I. Booker (admitted *pro hac vice*)
Alexander Y. Thomas (admitted *pro hac vice*)
1301 K St., NW
Suite 1100, East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200
Facsimile:  (202) 414-9299

REED SMITH LLP
P. Gavin Eastgate (admitted *pro hac vice*)
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-5710
Facsimile: (412) 288-3063

THE LAW DEPARTMENT OF
UNITED STATES STEEL
CORPORATION
J. Michael Jarboe (admitted *pro hac vice*)
600 Grant Street, Suite 1501
Pittsburgh, PA 15219
Telephone: (412) 433-2880
Facsimile: (412) 433-2811

*Attorneys for Defendants*
*UNITED STATES STEEL CORPORATION &*
*PITCAL, INC.*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STANISLAUS FOOD PRODUCTS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California partnership; PITCAL, INC., a Delaware corporation; POSCO-CALIFORNIA CORPORATION, a Delaware corporation; UNITED STATES STEEL CORPORATION, a Delaware corporation; POSCO AMERICA STEEL CORPORATION, a Delaware corporation;<br><br>Defendants. | Case No. 1:09-cv-00560-LJO-SMS<br><br>**ORDER GRANTING JOINT REQUEST ALLOWING DEFENDANTS TO FILE UNDER SEAL THEIR FURTHER BRIEFING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Lawrence J. O'Neill<br><br>Trial Date:     April 9, 2013 |

Defendants USS-POSCO INDUSTRIES, PITCAL, INC., POSCO-CALIFORNIA

CORPORATION, UNITED STATES STEEL CORPORATION, and POSCO AMERICA STEEL

1

[PROPOSED] ORDER GRANTING JOINT REQUEST ALLOWING DEFENDANTS TO FILE UNDER SEAL
THEIR FURTHER BRIEFING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CORPORATION (collectively "Defendants") have filed a Joint Request for Order Allowing Defendants to File Under Seal their Further Brief in Support of Defendants' Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof (the "Joint Request").

This Court, having determined that there is a good cause to protect the confidentiality of the information contained in Defendants' further briefing, hereby GRANTS Defendants' Joint Request and directs the Clerk of the Court to file under seal the complete, unredacted version of the aforementioned further briefing.

Within five court (5) days of service of this Order, Defendants shall file a redacted copy of their further briefing.  The redactions shall be narrowly tailored.

For good cause shown, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **January 24, 2013**                    **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
[PROPOSED] ORDER GRANTING JOINT REQUEST ALLOWING DEFENDANTS TO FILE UNDER SEAL THEIR FURTHER BRIEFING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT